**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

NORTHERN DISTRICT OF CALIFORNIA

Case number *(if known)* _____

Chapter you are filing under:

☐ Chapter 7

■ Chapter 11

☐ Chapter 12

☐ Chapter 13

☐ Check if this is an amended filing

Official Form 101

# Voluntary Petition for Individuals Filing for Bankruptcy

04/20

The bankruptcy forms use *you* and *Debtor 1* to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint case*—and in joint cases, these forms use *you* to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be *yes* if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

| Part 1: | Identify Yourself |
|---|---|

|  | | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|---|
| 1. | **Your full name** | | |
| | Write the name that is on your government-issued picture identification (for example, your driver's license or passport). | **Esly** <br> First name <br><br> Middle name | First name <br><br> Middle name |
| | Bring your picture identification to your meeting with the trustee. | **Figueroa** <br> Last name and Suffix (Sr., Jr., II, III) | Last name and Suffix (Sr., Jr., II, III) |
| 2. | **All other names you have used in the last 8 years** <br> Include your married or maiden names. | | |
| 3. | **Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** | **xxx-xx-6118** | |

Case: 21-30146   Doc# 1   Filed: 02/23/21   Entered: 02/23/21 18:26:12   Page 1 of 44

| About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|

**4. Any business names and Employer Identification Numbers (EIN) you have used in the last 8 years**

Include trade names and *doing business as* names

☐ I have not used any business name or EINs.

**DBA  Esly's Daycare**

Business name(s)

**26-4522822**

EIN

☐ I have not used any business name or EINs.

Business name(s)

EIN

---

**5. Where you live**

**1512 Lincoln Avenue**
**San Rafael, CA 94901**

Number, Street, City, State & ZIP Code

**Marin**

County

**If your mailing address is different from the one above, fill it in here.** Note that the court will send any notices to you at this mailing address.

Number, P.O. Box, Street, City, State & ZIP Code

**If Debtor 2 lives at a different address:**

Number, Street, City, State & ZIP Code

County

**If Debtor 2's mailing address is different from yours, fill it in here.** Note that the court will send any notices to this mailing address.

Number, P.O. Box, Street, City, State & ZIP Code

---

**6. Why you are choosing *this district* to file for bankruptcy**

*Check one:*

■ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason.
Explain. (See 28 U.S.C. § 1408.)

*Check one:*

☐ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason.
Explain. (See 28 U.S.C. § 1408.)

| Part 2: | Tell the Court About Your Bankruptcy Case |

**7.** **The chapter of the Bankruptcy Code you are choosing to file under**

*Check one.* (For a brief description of each, see *Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)).* Also, go to the top of page 1 and check the appropriate box.

☐ Chapter 7

■ Chapter 11

☐ Chapter 12

☐ Chapter 13

**8.** **How you will pay the fee**

■ **I will pay the entire fee when I file my petition.** Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.

☐ **I need to pay the fee in installments.** If you choose this option, sign and attach the *Application for Individuals to Pay The Filing Fee in Installments* (Official Form 103A).

☐ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B) and file it with your petition.

**9.** **Have you filed for bankruptcy within the last 8 years?**

■ No.

☐ Yes.

| | District | | When | | Case number | |
|---|---|---|---|---|---|---|
| | District | _____ | When | _____ | Case number | _____ |
| | District | _____ | When | _____ | Case number | _____ |
| | | _____ | | _____ | | _____ |

**10.** **Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

■ No

☐ Yes.

| | Debtor | | Relationship to you | |
|---|---|---|---|---|
| | District | _____ When _____ | Case number, if known | _____ |
| | Debtor | _____ | Relationship to you | _____ |
| | District | _____ When _____ | Case number, if known | _____ |

**11.** **Do you rent your residence?**

■ No.    Go to line 12.

☐ Yes.    Has your landlord obtained an eviction judgment against you?

    ☐ No. Go to line 12.

    ☐ Yes. Fill out *Initial Statement About an Eviction Judgment Against You* (Form 101A) and file it as part of this bankruptcy petition.

| Part 3: | Report About Any Businesses You Own as a Sole Proprietor |
|---|---|

**12. Are you a sole proprietor of any full- or part-time business?**

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

☐ No.    Go to Part 4.

☒ Yes.   Name and location of business

**Esly's Daycare**
Name of business, if any

**1512 Lincoln Avenue**
**San Rafael, CA 94901**
Number, Street, City, State & ZIP Code

*Check the appropriate box to describe your business:*

☐   Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐   Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐   Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐   Commodity Broker (as defined in 11 U.S.C. § 101(6))

☒   None of the above

**13. Are you filing under Chapter 11 of the Bankruptcy Code, and are you a *small business debtor or a debtor as defined by 11 U.S.C. § 1182(1)?***

For a definition of *small business debtor*, see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor or a debtor choosing to proceed under Subchapter V so that it can set appropriate deadlines. If you indicate that you are a small business debtor or you are choosing to proceed under Subchapter V, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).*

☐ No.    I am not filing under Chapter 11.

☒ No.    I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ Yes.   I am filing under Chapter 11, I am a small business debtor according to the definition in the Bankruptcy Code, and I do not choose to proceed under Subchapter V of Chapter 11.

☒ Yes.   I am filing under Chapter 11, I am a debtor according to the definition in § 1182(1) of the Bankruptcy Code, and I choose to proceed under Subchapter V of Chapter 11.

| Part 4: | Report if You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention |
|---|---|

**14. Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

☒ No.

☐ Yes.   What is the hazard? _____

If immediate attention is needed, why is it needed? _____

Where is the property? _____

Number, Street, City, State & Zip Code

| Debtor 1 | **Esly Figueroa** | Case number *(if known)* | |
|---|---|---|---|

---

| **Part 5:** | **Explain Your Efforts to Receive a Briefing About Credit Counseling** |
|---|---|

| | **About Debtor 1:** | **About Debtor 2 (Spouse Only in a Joint Case):** |
|---|---|---|

**15. Tell the court whether you have received a briefing about credit counseling.**

The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.

If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again.

*You must check one:*

☑ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy. If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.**
I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.**
My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.**
I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver credit counseling with the court.

---

*You must check one:*

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.**
I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.**
My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.**
I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

Case: 21-30146   Doc# 1   Filed: 02/23/21   Entered: 02/23/21 18:26:12   Page 5 of 44

## Part 6:    Answer These Questions for Reporting Purposes

**16. What kind of debts do you have?**

16a.    **Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

☑ No. Go to line 16b.

☐ Yes. Go to line 17.

16b.    **Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

☐ No. Go to line 16c.

☑ Yes. Go to line 17.

16c.    State the type of debts you owe that are not consumer debts or business debts

_____

**17. Are you filing under Chapter 7?**

☑ No.    I am not filing under Chapter 7. Go to line 18.

**Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?**

☐ Yes.   I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?

☐ No

☐ Yes

**18. How many Creditors do you estimate that you owe?**

☑ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

**19. How much do you estimate your assets to be worth?**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☑ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**20. How much do you estimate your liabilities to be?**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☑ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

## Part 7:    Sign Below

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11,12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**/s/ Esly Figueroa**
_____                    _____
**Esly Figueroa**                                                               Signature of Debtor 2
Signature of Debtor 1

Executed on    **February 23, 2021**                    Executed on    _____
MM / DD / YYYY                                                                    MM / DD / YYYY

Debtor 1    **Esly Figueroa** _____    Case number *(if known)* _____

---

**For your attorney, if you are represented by one**

**If you are not represented by an attorney, you do not need to file this page.**

I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible. I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect.

**/s/ Brian A. Barboza** _____    Date    **February 23, 2021**
Signature of Attorney for Debtor                    MM / DD / YYYY

**Brian A. Barboza 257423** _____
Printed name

**Law Offices of Brian A Barboza** _____
Firm name

**141 Stony Circle, Suite 221**
**Santa Rosa, CA 95401** _____
Number, Street, City, State & ZIP Code

Contact phone    **(707) 527-8553** _____    Email address    **bbarboza@barbozaesq.com** _____

**257423 CA** _____
Bar number & State

---

Official Form 101                **Voluntary Petition for Individuals Filing for Bankruptcy**                page 7

Certificate Number: 16199-CAN-CC-035373691



16199-CAN-CC-035373691

# CERTIFICATE OF COUNSELING

I CERTIFY that on <u>February 16, 2021</u>, at <u>8:05</u> o'clock <u>PM EST</u>, <u>Esly Figueroa</u> received from <u>CC Advising, Inc.</u>, an agency approved pursuant to 11 U.S.C. 111 to provide credit counseling in the <u>Northern District of California</u>, an individual [or group] briefing that complied with the provisions of 11 U.S.C. 109(h) and 111.

A debt repayment plan <u>was not prepared</u>. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted <u>by internet</u>.

Date: <u>February 16, 2021</u>          By: <u>/s/Kayla Torres</u>

Name: <u>Kayla Torres</u>

Title: <u>Credit Counselor</u>

* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. *See* 11 U.S.C. 109(h) and 521(b).

# ATTACHMENTS REQUIRED BY 11 U.S.C. § 1116

# Form 1040 — U.S. Individual Income Tax Return

Form **1040**  Department of the Treasury — Internal Revenue Service (99)
**U.S. Individual Income Tax Return**  **2019**  OMB No. 1545-0074  IRS Use Only — Do not write or staple in this space.

**Filing Status**
Check only one box.

☐ Single  ☐ Married filing jointly  ☐ Married filing separately (MFS)  ☒ Head of household (HOH)  ☐ Qualifying widow(er) (QW)

If you checked the MFS box, enter the name of spouse. If you checked the HOH or QW box, enter the child's name if the qualifying person is a child but not your dependent. ▶

| Your first name and middle initial | Last name | | Your social security number |
|---|---|---|---|
| Esly Figueroa | | | ▮▮▮-▮▮-6118 |
| If joint return, spouse's first name and middle initial | Last name | | Spouse's social security number |

Home address (number and street). If you have a P.O. box, see instructions.  Apt. no.
1512 Lincoln Ave

**Presidential Election Campaign**
Check here if you, or your spouse if filing jointly, want $3 to go to this fund. Checking a box below will not change your tax or refund.  ☐ You  ☐ Spouse

City, town or post office, state, and ZIP code. If you have a foreign address, also complete spaces below (see instructions).
San Rafael, CA 94901

Foreign country name  Foreign province/state/county  Foreign postal code
If more than four dependents, see instructions and ✓ here ▶ ☐

**Standard Deduction**

Someone can claim:  ☐ You as a dependent  ☐ Your spouse as a dependent
☐ Spouse itemizes on a separate return or you were a dual-status alien

**Age/Blindness**  You:  ☐ Were born before January 2, 1955  ☐ Are blind  **Spouse:**  ☐ Was born before January 2, 1955  ☐ Is blind

**Dependents** (see instructions):

| (1) First name   Last name | (2) Social security number | (3) Relationship to you | (4) ✓ if qualifies for (see instructions): | |
|---|---|---|---|---|
| | | | Child tax credit | Credit for other dependents |
| ▮▮▮▮▮▮▮▮ | ▮▮▮▮▮ | Son | | ☒ |
| ▮▮▮▮▮▮▮▮ | ▮▮▮▮▮ | Son | | ☒ |

| | | | | | |
|---|---|---|---:|---|---:|
| **1** | Wages, salaries, tips, etc. Attach Form(s) W-2 | | | **1** | 3,836. |
| **2a** | Tax-exempt interest | **2a** | **b** Taxable int. Att. Sch. B if reqd. | **2b** | |
| **3a** | Qualified dividends | **3a** | **b** Ordinary div. Att. Sch. B if reqd. | **3b** | |
| **4a** | IRA distributions | **4a** | **b** Taxable amount | **4b** | |
| **c** | Pensions and annuities | **4c** | **d** Taxable amount | **4d** | |
| **5a** | Social security benefits | **5a** | **b** Taxable amount | **5b** | |
| **6** | Capital gain or (loss). Attach Schedule D if required. If not required, check here ▶ ☐ | | | **6** | |
| **7a** | Other income from Schedule 1, line 9 | | | **7a** | −57,631. |
| **b** | Add lines 1, 2b, 3b, 4b, 4d, 5b, 6, and 7a. This is your **total income** ▶ | | | **7b** | −53,795. |
| **8a** | Adjustments to income from Schedule 1, line 22 | | | **8a** | |
| **b** | Subtract line 8a from line 7b. This is your **adjusted gross income** ▶ | | | **8b** | −53,795. |
| **9** | Standard deduction or itemized deductions (from Schedule A) | **9** | 18,350. | | |
| **10** | Qualified business income deduction. Attach Form 8995 or Form 8995-A | **10** | | | |
| **11a** | Add lines 9 and 10 | | | **11a** | 18,350. |
| **b** | **Taxable income.** Subtract line 11a from line 8b. If zero or less, enter -0- | | | **11b** | 0. |

**Standard Deduction for —**
• Single or Married filing separately, $12,200
• Married filing jointly or Qualifying widow(er), $24,400
• Head of household, $18,350
• If you checked any box under *Standard Deduction,* see instructions.

**BAA  For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see separate instructions.**  Form **1040** (2019)

FDIA0112L  10/07/19

**12a** Tax (see inst.) Check if any from Form(s): **1** ☐ 8814

**2** ☐ 4972 **3** ☐ _____ | **12a** | 0. |

**b** Add Schedule 2, line 3, and line 12a and enter the total . . . . . . . . . . . . . . . . . ► | **12b** | 0. |

**13a** Child tax credit or credit for other dependents . . . . . . . . . . . . . . . | **13a** |

**b** Add Schedule 3, line 7, and line 13a and enter the total . . . . . . . . . . . . . . . . ► | **13b** |

**14** Subtract line 13b from line 12b. If zero or less, enter -0- . . . . . . . . . . . . . . . . . . . | **14** | 0. |

**15** Other taxes, including self-employment tax, from Schedule 2, line 10 . . . . . . . . . . . . | **15** |

**16** Add lines 14 and 15. This is your **total tax** . . . . . . . . . . . . . . . . . . . . . . . ► | **16** | 0. |

**17** Federal income tax withheld from Forms W-2 and 1099 . . . . . . . . . . . . . . | **17** |

**18** Other payments and refundable credits:

- If you have a qualifying child, attach Sch. E C.
- If you have nontaxable combat pay, see instructions.

**a** Earned income credit (EIC) . . . . . . . . . . . . . . . . . . | **18a** |

**b** Additional child tax credit. Attach Schedule 8812 . . . . . . . . . . . | **18b** |

**c** American opportunity credit from Form 8863, line 8 . . . . . . . . | **18c** |

**d** Schedule 3, line 14 . . . . . . . . . . . . . . . . . . . . | **18d** | 1,412. |

**e** Add lines 18a through 18d. These are your **total other payments and refundable credits** . . . . . . . . . . . . . . . . . . . . . . . . . . . ► | **18e** | 1,412. |

**19** Add lines 17 and 18e. These are your **total payments** . . . . . . . . . . . . . . . . . . . . . ► | **19** | 1,412. |

### Refund

**20** If line 19 is more than line 16, subtract line 16 from line 19. This is the amount you **overpaid** . . . . . . . . . . . . . | **20** | 1,412. |

**21a** Amount of line 20 you want **refunded to you.** If Form 8888 is attached, check here . ► ☐ | **21a** | 1,412. |

Direct deposit? See instructions.

**b** Routing number . . . . . . . XXXXXXXXX ► **c** Type: ☐ Checking ☐ Savings

**d** Account number . . . . . . . XXXXXXXXXXXXXXXXX

**22** Amount of line 20 you want **applied to your 2020 estimated tax** . . . . . . . ► | **22** |

### Amount You Owe

**23** Amount you owe. Subtract line 19 from line 16. For details on how to pay, see instructions . . . . . ► | **23** |

**24** Estimated tax penalty (see instructions) . . . . . . . . . . . . . . . | **24** |

### Third Party Designee

(Other than paid preparer)

Do you want to allow another person (other than your paid preparer) to discuss this return with the IRS ? See instructions. ☐ **Yes. Complete below.** ☒ **No**

Des gnee s name ► | Phone no. ► | Personal dentif cation number (P N) ►

### Sign Here

Joint return? See instructions. Keep a copy for your records.

Under penalties of perjury, I declare that I have examined this return and accompany ng schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declarat on of preparer (other than taxpayer) is based on all information of wh ch preparer has any knowledge.

Your signature | Date | Your occupation Selfemployed | If the RS sent you an Identity Protection P N, enter t here (see nst.)

Spouse s signature. If a jo nt return, **both** must s gn. | Date | Spouse s occupation | If the IRS sent your spouse an Identity Protection PIN, enter it here (see inst.)

Phone no. | Email address

### Paid Preparer Use Only

Preparer s name Frank Mario Castellon,CPA, | Preparer s signature Frank Mario Castellon,CPA | Date | PTIN P00400257 | Check if: ☒ 3rd Party Des gnee

F rm s name ► CASTELLON PROFESSIONAL SERVICES | Phone no. 415-655-6626 | ☒ Self-employed

F rm s address ► 71 Stevenson Street, Suite 400 San Francisco, CA 94105 | F rm s EIN ► 20-1033981

Go to *www.irs.gov/Form1040* for instructions and the latest information. | Form **1040** (2019)

FDIA0112L  02/21/20

Case: 21-30146   Doc# 1   Filed: 02/23/21   Entered: 02/23/21 18:26:12   Page 11 of 44

**SCHEDULE 1**
**(Form 1040 or 1040-SR)**

# Additional Income and Adjustments to Income

▶ **Attach to Form 1040 or 1040-SR.**
▶ **Go to** *www.irs.gov/Form1040* **for instructions and the latest information.**

Department of the Treasury
Internal Revenue Serv ce

OMB No. 1545-0074

**2019**

Attachment
Sequence No. **01**

Name(s) shown on Form 1040 or 1040-SR

Esly Figueroa

Your social security number

-6118

At any time during 2019, did you receive, sell, send, exchange, or otherwise acquire any financial interest in any virtual currency? .................................................................................................  ☐ **Yes**  ☒ **No**

| Part I | Additional Income | | |
|---|---|---|---|
| 1 | Taxable refunds, credits, or offsets of state and local income taxes ........................... | **1** | |
| 2a | Alimony received ........................................................................ | **2a** | |
| b | Date of original divorce or separation agreement (see instructions) ▶ _ _ _ _ _ _ _ _ _ _ | | |
| 3 | Business income or (loss). Attach Schedule C ................................................ | **3** | −91,545. |
| 4 | Other gains or (losses). Attach Form 4797 .................................................. | **4** | |
| 5 | Rental real estate, royalties, partnerships, S corporations, trusts, etc. Attach Schedule E ...... | **5** | 33,914. |
| 6 | Farm income or (loss). Attach Schedule F .................................................. | **6** | |
| 7 | Unemployment compensation ............................................................ | **7** | |
| 8 | Other income. List type and amount ▶ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ | **8** | |
| 9 | Combine lines 1 through 8. Enter here and on Form 1040 or 1040-SR, line 7a ................ | **9** | −57,631. |

| Part II | Adjustments to Income | | |
|---|---|---|---|
| 10 | Educator expenses ...................................................................... | **10** | |
| 11 | Certain business expenses of reservists, performing artists, and fee-basis government officials. Attach Form 2106 ....................................................................... | **11** | |
| 12 | Health savings account deduction. Attach Form 8889 ......................................... | **12** | |
| 13 | Moving expenses for members of the Armed Forces. Attach Form 3903 ......................... | **13** | |
| 14 | Deductible part of self-employment tax. Attach Schedule SE ................................. | **14** | |
| 15 | Self-employed SEP, SIMPLE, and qualified plans ............................................ | **15** | |
| 16 | Self-employed health insurance deduction .................................................. | **16** | |
| 17 | Penalty on early withdrawal of savings ..................................................... | **17** | |
| 18a | Alimony paid ........................................................................... | **18a** | |
| b | Recipient's SSN ................................................................... ▶ | | |
| c | Date of original divorce or separation agreement (see instructions) ▶ _ _ _ _ _ _ _ _ _ _ | | |
| 19 | IRA deduction .......................................................................... | **19** | |
| 20 | Student loan interest deduction ........................................................... | **20** | |
| 21 | Tuition and fees. Attach Form 8917 ....................................................... | **21** | |
| 22 | Add lines 10 through 21. These are your **adjustments to income.** Enter here and on Form 1040 or 1040-SR, line 8a ...................................................................... | **22** | 0. |

**BAA  For Paperwork Reduction Act Notice, see your tax return instructions.**                    Schedule 1 (Form 1040 or 1040-SR) 2019

FDIA0103L  12/26/19

# Additional Credits and Payments

▶ **Attach to Form 1040 or 1040-SR.**
▶ **Go to** *www.irs.gov/Form1040* **for instructions and the latest information.**

OMB No. 1545-0074

**2019**

Attachment
Sequence No. **03**

Name(s) shown on Form 1040 or 1040-SR

Esly Figueroa

Your social security number

▓▓▓-6118

| Part I | Nonrefundable Credits | | |
|---|---|---|---|
| 1 | Foreign tax credit. Attach Form 1116 if required . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 1 | |
| 2 | Credit for child and dependent care expenses. Attach Form 2441 . . . . . . . . . . . . . . . . . . . . . . . | 2 | |
| 3 | Education credits from Form 8863, line 19 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 3 | |
| 4 | Retirement savings contributions credit. Attach Form 8880 . . . . . . . . . . . . . . . . . . . . . . . . . . . | 4 | |
| 5 | Residential energy credits. Attach Form 5695 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 5 | |
| 6 | Other credits from Form: **a** ☐ 3800  **b** ☐ 8801  **c** ☐ _____ | 6 | |
| 7 | Add lines 1 through 6. Enter here and include on Form 1040 or 1040-SR, line 13b . . . . . . . . . . . . . . | 7 | |

| Part II | Other Payments and Refundable Credits | | |
|---|---|---|---|
| 8 | 2019 estimated tax payments and amount applied from 2018 return . . . . . . . . . . . . . . . . . . . . . . | 8 | |
| 9 | Net premium tax credit. Attach Form 8962 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 9 | 1,412. |
| 10 | Amount paid with request for extension to file (see instructions) . . . . . . . . . . . . . . . . . . . . . . . | 10 | |
| 11 | Excess social security and tier 1 RRTA tax withheld . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 11 | |
| 12 | Credit for federal tax on fuels. Attach Form 4136 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 12 | |
| 13 | Credits from Form: **a** ☐ 2439  **b** ▓ Reserved  **c** ☐ 8885  **d** ☐ _____ | 13 | |
| 14 | Add lines 8 through 13. Enter here and on Form 1040 or 1040-SR, line 18d . . . . . . . . . . . . . . . . . . | 14 | 1,412. |

**BAA  For Paperwork Reduction Act Notice, see your tax return instructions.**

**Schedule 3 (Form 1040 or 1040-SR) 2019**

Case: 21-30146   Doc# 1   Filed: 02/23/21   Entered: 02/23/21 18:26:12   Page 13 of 44

# SCHEDULE C
**(Form 1040 or 1040-SR)**

Department of the Treasury
Internal Revenue Service (99)

# Profit or Loss From Business
**(Sole Proprietorship)**

► Go to *www.irs.gov/ScheduleC* for instructions and the latest information.
► Attach to Form 1040, 1040-SR, 1040-NR, or 1041; partnerships generally must file Form 1065.

OMB No. 1545-0074

**2019**

Attachment
Sequence No. **09**

| | |
|---|---|
| Name of proprietor | Social security number (SSN) |
| Esly Figueroa | ■■■–6118 |

**A** Principal business or profession, including product or service (see instructions)
Childcare

**B** Enter code from instructions
► 999999

**C** Business name. If no separate business name, leave blank.
DBA Esly's Daycare

**D** Employer ID number (EIN) (see instr.)

**E** Business address (including suite or room no.) ►

City, town or post office, state, and ZIP code

**F** Accounting method: **(1)** ☒ Cash  **(2)** ☐ Accrual  **(3)** ☐ Other (specify) ►

**G** Did you "materially participate" in the operation of this business during 2019? If "No," see instructions for limit on losses. ☒ Yes ☐ No

**H** If you started or acquired this business during 2019, check here .................... ►

**I** Did you make any payments in 2019 that would require you to file Form(s) 1099? (see instructions) ..................... ☒ Yes ☐ No

**J** If "Yes," did you or will you file required Forms 1099? ....................................... ☒ Yes ☐ No

## Part I  Income

| | | |
|---|---|---:|
| 1 | Gross receipts or sales. See instructions for line 1 and check the box if this income was reported to you on Form W-2 and the "Statutory employee" box on that form was checked ..................... ► ☐ | **1** 302,227. |
| 2 | Returns and allowances ......................................................... | **2** |
| 3 | Subtract line 2 from line 1 ....................................................... | **3** 302,227. |
| 4 | Cost of goods sold (from line 42) ................................................. | **4** |
| 5 | **Gross profit.** Subtract line 4 from line 3 ........................................... | **5** 302,227. |
| 6 | Other income, including federal and state gasoline or fuel tax credit or refund (see instructions) ............................................................... | **6** |
| 7 | **Gross income.** Add lines 5 and 6 ............................................. ► | **7** 302,227. |

## Part II  Expenses. Enter expenses for business use of your home **only** on line 30.

| | | | | |
|---|---|---:|---|---:|
| 8 | Advertising.................. | | 18 Office expense (see instructions)......... | **18** |
| 9 | Car and truck expenses (see instructions)........... | **9** 8,700. | 19 Pension and profit-sharing plans......... | **19** |
| 10 | Commissions and fees......... | **10** | 20 Rent or lease (see instructions): | |
| 11 | Contract labor (see instructions)............. | **11** 40,800. | a Vehicles, machinery, and equipment ..... | **20a** |
| | | | b Other business property................ | **20b** |
| 12 | Depletion ................... | **12** | 21 Repairs and maintenance................ | **21** |
| 13 | Depreciation and section 179 expense deduction (not included in Part III) (see instructions)............. | **13** 275. | 22 Supplies (not included in Part III) ....... | **22** 19,517. |
| | | | 23 Taxes and licenses..................... | **23** 949. |
| | | | 24 Travel and meals: | |
| 14 | Employee benefit programs (other than on line 19) ...... | **14** | a Travel............................... | **24a** |
| 15 | Insurance (other than health)... | **15** | b Deductible meals (see instructions) ............................ | **24b** |
| 16 | Interest (see instr.): | | 25 Utilities............................... | **25** |
| a | Mortgage (paid to banks, etc.) ... | **16a** | 26 Wages (less employment credits) ....... | **26** |
| b | Other .................... | **16b** 53,000. | 27a Other expenses (from line 48) .......... | **27a** 48,004. |
| 17 | Legal and professional services | **17** 3,587. | b Reserved for future use................ | **27b** |

| | | |
|---|---|---:|
| 28 | **Total expenses** before expenses for business use of home. Add lines 8 through 27a ............. ► | **28** 174,832. |
| 29 | Tentative profit or (loss). Subtract line 28 from line 7 ................................... | **29** 127,395. |
| 30 | Expenses for business use of your home. Do not report these expenses elsewhere. Attach Form 8829 unless using the simplified method (see instructions). **Simplified method filers only:** enter the total square footage of: (a) your home: _____ and (b) the part of your home used for business: _____. Use the Simplified Method Worksheet in the instructions to figure the amount to enter on line 30 ................ | **30** 5,772. |
| 31 | **Net profit or (loss).** Subtract line 30 from line 29. • If a profit, enter on both **Schedule 1 (Form 1040 or 1040-SR), line 3** (or **Form 1040-NR, line 13**) and on **Schedule SE, line 2.** (If you checked the box on line 1, see instructions). Estates and trusts, enter on **Form 1041, line 3.** • If a loss, you **must** go to line 32. | **31** 121,623. |
| 32 | If you have a loss, check the box that describes your investment in this activity (see instructions). | |
| | • If you checked 32a, enter the loss on both **Schedule 1 (Form 1040 or 1040-SR), line 3** (or **Form 1040-NR, line 13**) and on **Schedule SE, line 2.** (If you checked the box on line 1, see the line 31 instructions). Estates and trusts, enter on **Form 1041, line 3.** • If you checked 32b, you **must** attach Form 6198. Your loss may be limited. | **32a** ☐ All investment is at risk.  **32b** ☐ Some investment is not at risk. |

**BAA  For Paperwork Reduction Act Notice, see the separate instructions.**  FDIZ0112L  09/18/19  **Schedule C (Form 1040 or 1040-SR) 2019**

| **Part III** | **Cost of Goods Sold** (see instructions) |

**33** Method(s) used to value closing inventory: **a** ☐ Cost  **b** ☐ Lower of cost or market  **c** ☐ Other (attach explanation)

**34** Was there any change in determining quantities, costs, or valuations between opening and closing inventory?
If "Yes," attach explanation............................................................... ☐ **Yes** ☐ **No**

| | | |
|---|---|---|
| **35** Inventory at beginning of year. If different from last year's closing inventory, attach explanation......................................................... | **35** | |
| **36** Purchases less cost of items withdrawn for personal use................................. | **36** | |
| **37** Cost of labor. Do not include any amounts paid to yourself.............................. | **37** | |
| **38** Materials and supplies................................................................. | **38** | |
| **39** Other costs........................................................................... | **39** | |
| **40** Add lines 35 through 39............................................................... | **40** | |
| **41** Inventory at end of year.............................................................. | **41** | |
| **42** **Cost of goods sold.** Subtract line 41 from line 40. Enter the result here and on line 4.... | **42** | |

| **Part IV** | **Information on Your Vehicle.** Complete this part **only** if you are claiming car or truck expenses on line 9 and are not required to file Form 4562 for this business. See the instructions for line 13 to find out if you must file Form 4562. |

**43** When did you place your vehicle in service for business purposes? (month, day, year)  ▶ 1/01/15

**44** Of the total number of miles you drove your vehicle during 2019, enter the number of miles you used your vehicle for:

**a** Business _____15,000____ **b** Commuting (see instructions) _____ **c** Other _____10,000____

**45** Was your vehicle available for personal use during off-duty hours?............................. ☒ **Yes** ☐ **No**

**46** Do you (or your spouse) have another vehicle available for personal use?........................ ☐ **Yes** ☒ **No**

**47a** Do you have evidence to support your deduction?.............................................. ☒ **Yes** ☐ **No**

  **b** If "Yes," is the evidence written?............................................................ ☒ **Yes** ☐ **No**

| **Part V** | **Other Expenses.** List below business expenses not included on lines 8-26 or line 30. |

| | |
|---|---:|
| Fire Supplies | 75. |
| Food | 32,881. |
| Internet/cable | 3,322. |
| Telephone | 5,019. |
| Toys | 6,707. |
| | |
| | |
| | |
| **48** **Total other expenses.** Enter here and on line 27a.................................... **48** | 48,004. |

Schedule C (Form 1040 or 1040-SR) 2019

FDIZ0112L  09/18/19

Case: 21-30146   Doc# 1   Filed: 02/23/21   Entered: 02/23/21 18:26:12   Page 15 of 44

**SCHEDULE C**
(Form 1040 or 1040-SR)

# Profit or Loss From Business
(Sole Proprietorship)

OMB No. 1545-0074

**2019**

Department of the Treasury
Internal Revenue Service (99)

► Go to *www.irs.gov/ScheduleC* for instructions and the latest information.
► Attach to Form 1040, 1040-SR, 1040-NR, or 1041; partnerships generally must file Form 1065.

Attachment
Sequence No. **09**

Name of proprietor: Esly Figueroa

Social security number (SSN): ■■■-6118

**A** Principal business or profession, including product or service (see instructions): Entertainment

**B** Enter code from instructions ► 722410

**C** Business name. If no separate business name, leave blank.: Evolution Nightclub and Resturant

**D** Employer ID number (EIN) (see instr.)

**E** Business address (including suite or room no.) ► 842 4th street
City, town or post office, state, and ZIP code: San Rafael CA 94901

**F** Accounting method: **(1)** [X] Cash  **(2)** [ ] Accrual  **(3)** [ ] Other (specify) ►

**G** Did you "materially participate" in the operation of this business during 2019? If "No," see instructions for limit on losses.  [X] Yes  [ ] No

**H** If you started or acquired this business during 2019, check here ►  [ ]

**I** Did you make any payments in 2019 that would require you to file Form(s) 1099? (see instructions)  [X] Yes  [ ] No

**J** If "Yes," did you or will you file required Forms 1099?  [X] Yes  [ ] No

## Part I  Income

| | | | |
|---|---|---|---:|
| 1 | Gross receipts or sales. See instructions for line 1 and check the box if this income was reported to you on Form W-2 and the "Statutory employee" box on that form was checked ► [ ] | 1 | 167,855. |
| 2 | Returns and allowances | 2 | |
| 3 | Subtract line 2 from line 1 | 3 | 167,855. |
| 4 | Cost of goods sold (from line 42) | 4 | 39,764. |
| 5 | **Gross profit.** Subtract line 4 from line 3 | 5 | 128,091. |
| 6 | Other income, including federal and state gasoline or fuel tax credit or refund (see instructions) | 6 | |
| 7 | **Gross income.** Add lines 5 and 6 ► | 7 | 128,091. |

## Part II  Expenses. Enter expenses for business use of your home **only** on line 30.

| | | | | | | |
|---|---|---:|---|---|---|---:|
| 8 | Advertising | 8 | 389. | 18 | Office expense (see instructions) | 68. |
| 9 | Car and truck expenses (see instructions) | 9 | | 19 | Pension and profit-sharing plans | |
| 10 | Commissions and fees | 10 | | 20 | Rent or lease (see instructions): | |
| 11 | Contract labor (see instructions) | 11 | 12,107. | 20a | Vehicles, machinery, and equipment | 10,414. |
| 12 | Depletion | 12 | | 20b | Other business property | |
| 13 | Depreciation and section 179 expense deduction (not included in Part III) (see instructions) | 13 | 6,500. | 21 | Repairs and maintenance | 17,791. |
| | | | | 22 | Supplies (not included in Part III) | 1,504. |
| | | | | 23 | Taxes and licenses | 54,158. |
| 14 | Employee benefit programs (other than on line 19) | 14 | 14,993. | 24 | Travel and meals: | |
| 15 | Insurance (other than health) | 15 | | 24a | Travel | |
| 16 | Interest (see instr.): | | | 24b | Deductible meals (see instructions) | 205. |
| 16a | Mortgage (paid to banks, etc.) | 16a | 193,560. | 25 | Utilities | 11,798. |
| 16b | Other | 16b | | 26 | Wages (less employment credits) | 2,336. |
| 17 | Legal and professional services | 17 | 5,100. | 27a | Other expenses (from line 48) | 10,336. |
| | | | | 27b | Reserved for future use | |
| 28 | **Total expenses** before expenses for business use of home. Add lines 8 through 27a ► | | | | 28 | 341,259. |
| 29 | Tentative profit or (loss). Subtract line 28 from line 7 | | | | 29 | -213,168. |

30  Expenses for business use of your home. Do not report these expenses elsewhere. Attach Form 8829 unless using the simplified method (see instructions).
**Simplified method filers only:** enter the total square footage of: (a) your home: _____ and (b) the part of your home used for business: _____. Use the Simplified Method Worksheet in the instructions to figure the amount to enter on line 30

| | |
|---|---:|
| 30 | |

31  **Net profit or (loss).** Subtract line 30 from line 29.
• If a profit, enter on both **Schedule 1 (Form 1040 or 1040-SR), line 3** (or **Form 1040-NR, line 13**) and on **Schedule SE, line 2.** (If you checked the box on line 1, see instructions). Estates and trusts, enter on **Form 1041, line 3.**
• If a loss, you **must** go to line 32.

| | |
|---|---:|
| 31 | -213,168. |

32  If you have a loss, check the box that describes your investment in this activity (see instructions).
• If you checked 32a, enter the loss on both **Schedule 1 (Form 1040 or 1040-SR), line 3** (or **Form 1040-NR, line 13**) and on **Schedule SE, line 2.** (If you checked the box on line 1, see the line 31 instructions). Estates and trusts, enter on **Form 1041, line 3.**
• If you checked 32b, you **must** attach **Form 6198.** Your loss may be limited.

**32a** [X] All investment is at risk.
**32b** [ ] Some investment is not at risk.

**BAA  For Paperwork Reduction Act Notice, see the separate instructions.**   FDIZ0112L  09/18/19   **Schedule C (Form 1040 or 1040-SR) 2019**

| **Part III** | **Cost of Goods Sold** (see instructions) |
|---|---|

**33**  Method(s) used to value closing inventory:  **a** ☐ Cost   **b** ☐ Lower of cost or market   **c** ☐ Other (attach explanation)

**34**  Was there any change in determining quantities, costs, or valuations between opening and closing inventory?
If "Yes," attach explanation . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   ☐ **Yes**  ☐ **No**

| | | |
|---|---|---:|
| **35**  Inventory at beginning of year. If different from last year's closing inventory, attach explanation . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **35** | 12,570. |
| **36**  Purchases less cost of items withdrawn for personal use . . . . . . . . . . . . . . . . . . . . . . . . | **36** | 31,592. |
| **37**  Cost of labor. Do not include any amounts paid to yourself . . . . . . . . . . . . . . . . . . . . . . . | **37** | |
| **38**  Materials and supplies . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **38** | 302. |
| **39**  Other costs . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **39** | |
| **40**  Add lines 35 through 39 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **40** | 44,464. |
| **41**  Inventory at end of year . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **41** | 4,700. |
| **42**  **Cost of goods sold.** Subtract line 41 from line 40. Enter the result here and on line 4 . . . . . . . . . . . . . . . . . . . . | **42** | 39,764. |

| **Part IV** | **Information on Your Vehicle.** Complete this part **only** if you are claiming car or truck expenses on line 9 and are not required to file Form 4562 for this business. See the instructions for line 13 to find out if you must file Form 4562. |
|---|---|

**43**  When did you place your vehicle in service for business purposes? (month, day, year)   ▶ _____

**44**  Of the total number of miles you drove your vehicle during 2019, enter the number of miles you used your vehicle for:

**a** Business _____   **b** Commuting (see instructions) _____   **c** Other _____

**45**  Was your vehicle available for personal use during off-duty hours? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   ☐ **Yes**  ☐ **No**

**46**  Do you (or your spouse) have another vehicle available for personal use? . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   ☐ **Yes**  ☐ **No**

**47a** Do you have evidence to support your deduction? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   ☐ **Yes**  ☐ **No**

**b** If "Yes," is the evidence written? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   ☐ **Yes**  ☐ **No**

| **Part V** | **Other Expenses.** List below business expenses not included on lines 8-26 or line 30. |
|---|---|

| | |
|---|---:|
| Bank Charges | 953. |
| Merchant account fee | 2,678. |
| Payroll fee | 563. |
| Pest control | 1,164. |
| Telephone | 1,814. |
| Uniforms | 3,164. |
| | |
| | |
| **48**  **Total other expenses.** Enter here and on line 27a . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   **48** | 10,336. |

**Schedule C (Form 1040 or 1040-SR) 2019**

FDIZ0112L  09/18/19

Case: 21-30146   Doc# 1   Filed: 02/23/21   Entered: 02/23/21 18:26:12   Page 17 of 44

SCHEDULE E
(Form 1040 or 1040-SR)

Department of the Treasury
Internal Revenue Service (99)

# Supplemental Income and Loss

(From rental real estate, royalties, partnerships, S corporations, estates, trusts, REMICs, etc.)

► Attach to Form 1040, 1040-SR, 1040-NR, or 1041.
► Go to *www.irs.gov/ScheduleE* for instructions and the latest information.

OMB No. 1545-0074

**2019**

Attachment
Sequence No. **13**

Name(s) shown on return: Esly Figueroa

Your social security number: ▇▇-6118

| **Part I** | **Income or Loss From Rental Real Estate and Royalties** | **Note:** If you are in the business of renting personal property, use Schedule C (see instructions). If you are an individual, report farm rental income or loss from **Form 4835** on page 2, line 40. |

| | | | |
|---|---|---|---|
| **A** | Did you make any payments in 2019 that would require you to file Form(s) 1099? (see instructions)................ | ☒ Yes | ☐ No |
| **B** | If "Yes," did you or will you file required Forms 1099?.................................................... | ☒ Yes | ☐ No |

| **1a** | Physical address of each property (street, city, state, ZIP code) |
|---|---|
| **A** | 5 Brookdale Ave., San Rafael, CA 94901 |
| **B** | 840 4th St., San Rafael, CA 94901 |
| **C** | |

| **1b** | Type of Property (from list below) | **2** For each rental real estate property listed above, report the number of fair rental and personal use days. Check the **QJV** box only if you meet the requirements to file as a qualified joint venture. See instructions. | | **Fair Rental Days** | **Personal Use Days** | **QJV** |
|---|---|---|---|---|---|---|
| **A** | 1 | | **A** | 365 | | |
| **B** | 4 | | **B** | 365 | | |
| **C** | | | **C** | | | |

**Type of Property:**
1 Single Family Residence    3 Vacation/Short-Term Rental    5 Land    7 Self-Rental
2 Multi-Family Residence    4 Commercial    6 Royalties    8 Other (describe)

| Income: | Properties: | | **A** | **B** | **C** |
|---|---|---|---|---|---|
| **3** Rents received ................................................. | **3** | | 30,000. | 64,800. | |
| **4** Royalties received ............................................ | **4** | | | | |
| **Expenses:** | | | | | |
| **5** Advertising.................................................... | **5** | | | | |
| **6** Auto and travel (see instructions)............................... | **6** | | | | |
| **7** Cleaning and maintenance..................................... | **7** | | | | |
| **8** Commissions.................................................. | **8** | | | | |
| **9** Insurance..................................................... | **9** | | 813. | 11,641. | |
| **10** Legal and other professional fees.............................. | **10** | | | | |
| **11** Management fees.............................................. | **11** | | | | |
| **12** Mortgage interest paid to banks, etc. (see instructions)......... | **12** | | 2,625. | | |
| **13** Other interest................................................. | **13** | | | | |
| **14** Repairs....................................................... | **14** | | | | |
| **15** Supplies...................................................... | **15** | | | | |
| **16** Taxes......................................................... | **16** | | 4,555. | | |
| **17** Utilities....................................................... | **17** | | 1,427. | 434. | |
| **18** Depreciation expense or depletion............................. | **18** | | 10,911. | 28,480. | |
| **19** Other (list) ► _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ | **19** | | | | |
| **20** Total expenses. Add lines 5 through 19 ....................... | **20** | | 20,331. | 40,555. | |
| **21** Subtract line 20 from line 3 (rents) and/or 4 (royalties). If result is a (loss), see instructions to find out if you must file **Form 6198** | **21** | | 9,669. | 24,245. | |
| **22** Deductible rental real estate loss after limitation, if any, on **Form 8582** (see instructions) .................. | **22** | | | | |

| | | | | |
|---|---|---|---|---|
| **23a** Total of all amounts reported on line 3 for all rental properties..................... | **23a** | 94,800. | | |
| **b** Total of all amounts reported on line 4 for all royalty properties..................... | **23b** | | | |
| **c** Total of all amounts reported on line 12 for all properties.......................... | **23c** | 2,625. | | |
| **d** Total of all amounts reported on line 18 for all properties.......................... | **23d** | 39,391. | | |
| **e** Total of all amounts reported on line 20 for all properties.......................... | **23e** | 60,886. | | |
| **24** **Income.** Add positive amounts shown on line 21. **Do not** include any losses ............................ | **24** | | | 33,914. |
| **25** **Losses.** Add royalty losses from line 21 and rental real estate losses from line 22. Enter total losses here ...... | **25** | | | |
| **26** **Total rental real estate and royalty income or (loss).** Combine lines 24 and 25. Enter the result here. If Parts II, III, IV, and line 40 on page 2 do not apply to you, also enter this amount on Schedule 1 (Form 1040 or 1040-SR), line 5, or Form 1040-NR, line 18. Otherwise, include this amount in the total on line 41 on page 2. | **26** | | | 33,914. |

BAA   **For Paperwork Reduction Act Notice, see the separate instructions.**      Schedule E (Form 1040 or 1040-SR) 2019

FDIZ2301L   08/12/19

# Qualified Business Income Deduction
## Simplified Computation

► **Attach to your tax return.**
► **Go to** *www.irs.gov/Form8995* **for instructions and the latest information.**

OMB No. 1545-0123

**2019**

Attachment
Sequence No. **55**

Name(s) shown on return
Esly Figueroa

Your taxpayer identification number
█████-6118

| 1 | (a) Trade, business, or aggregation name | (b) Taxpayer identification number | (c) Qualified business income or (loss) |
|---|---|---|---|
| i | DBA Esly's Daycare | █████-6118 | 121,623. |
| ii | Evolution Nightclub and Resturant | █████-6118 | -213,168. |
| iii | | | |
| iv | | | |
| v | | | |

| | | | | |
|---|---|---|---|---|
| 2 | Total qualified business income or (loss). Combine lines 1i through 1v, column (c) | 2 | -91,545. | |
| 3 | Qualified business net (loss) carryforward from the prior year | 3 | 0. | |
| 4 | Total qualified business income. Combine lines 2 and 3. If zero or less, enter -0- | 4 | 0. | |
| 5 | Qualified business income component. Multiply line 4 by 20% (0.20) | | | 5    0. |
| 6 | Qualified REIT dividends and publicly traded partnership (PTP) income or (loss) (see instructions) | 6 | 0. | |
| 7 | Qualified REIT dividends and qualified PTP (loss) carryforward from the prior year | 7 | 0. | |
| 8 | Total qualified REIT dividends and PTP income. Combine lines 6 and 7. If zero or less, enter -0- | 8 | 0. | |
| 9 | REIT and PTP component. Multiply line 8 by 20% (0.20) | | | 9    0. |
| 10 | Qualified business income deduction before the income limitation. Add lines 5 and 9 | | | 10    0. |
| 11 | Taxable income before qualified business income deduction | 11 | 0. | |
| 12 | Net capital gain (see instructions) | 12 | 0. | |
| 13 | Subtract line 12 from line 11. If zero or less, enter -0- | 13 | 0. | |
| 14 | Income limitation. Multiply line 13 by 20% (0.20) | | | 14    0. |
| 15 | Qualified business income deduction. Enter the lesser of line 10 or line 14. Also enter this amount on the applicable line of your return | | ► | 15    0. |
| 16 | Total qualified business (loss) carryforward. Combine lines 2 and 3. If greater than zero, enter -0- | | | 16    -91,545. |
| 17 | Total qualified REIT dividends and PTP (loss) carryforward. Combine lines 6 and 7. If greater than zero, enter -0- | | | 17    0. |

**BAA For Privacy Act and Paperwork Reduction Act Notice, see instructions.**

Form **8995** (2019)

**Paid Preparer's Due Diligence Checklist**

Earned Income Credit (EIC), American Opportunity Tax Credit (AOTC), Child Tax Credit (CTC) (including the Additional Child Tax Credit (ACTC) and Credit for Other Dependents (ODC)), and Head of Household (HOH) Filing Status

▶ **To be completed by preparer and filed with Form 1040, 1040-SR, 1040-NR, 1040-PR, or 1040-SS.**
▶ **Go to www.irs.gov/Form8867 for instructions and the latest information.**

OMB No. 1545-0074

**2019**

Attachment Sequence No. **70**

Department of the Treasury
Internal Revenue Service

| Taxpayer name(s) shown on return | Taxpayer identification number |
|---|---|
| Esly Figueroa | ▮▮▮▮-6118 |

Enter preparer's name and PTN

Frank Mario Castellon,CPA,CGMA,MST P00400257

| **Part I** | **Due Diligence Requirements** |
|---|---|

Please check the appropriate box for the credit(s) and/or HOH filing status claimed on the return and complete the related Parts I–V for the benefit(s) claimed (check all that apply).   ☐ EIC   ☐ CTC/ACTC/ODC   ☐ AOTC   ☒ HOH

| | | Yes | No | N/A |
|---|---|---|---|---|
| **1** | Did you complete the return based on information for tax year 2019 provided by the taxpayer or reasonably obtained by you?. . . . . . . . . . . . . . . . . . . . . . . . | ☒ | ☐ | |
| **2** | If credits are claimed on the return, did you complete the applicable EIC and/or CTC/ACTC/ODC worksheets found in the Form 1040, 1040-SR, 1040-NR, 1040-PR, or 1040-SS instructions, and/or the AOTC worksheet found in the Form 8863 instructions, or your own worksheet(s) that provides the same information, and all related forms and schedules for each credit claimed?. . . . . . . . . . . . . . . . . . . . . . | ☐ | ☐ | ☒ |
| **3** | Did you satisfy the knowledge requirement? To meet the knowledge requirement, you must do both of the following. | | | |
| | ● Interview the taxpayer, ask questions, and contemporaneously document the taxpayer's responses to determine that the taxpayer is eligible to claim the credit(s) and/or HOH filing status. | | | |
| | ● Review information to determine that the taxpayer is eligible to claim the credit(s) and/or HOH filing status and to compute the amount(s) of any credit(s) . . . . . . . . . . . . . . . . . | ☒ | ☐ | |
| **4** | Did any information provided by the taxpayer or a third party for use in preparing the return, or information reasonably known to you, appear to be incorrect, incomplete, or inconsistent? (If "Yes," answer questions 4a and 4b. If "No," go to question 5.). . . . . . . . . . . . . . . . . . . . | ☐ | ☒ | |
| **a** | Did you make reasonable inquiries to determine the correct, complete, and consistent information? . . . . . . . . . . | ☐ | ☐ | |
| **b** | Did you contemporaneously document your inquiries? (Documentation should include the questions you asked, whom you asked, when you asked, the information that was provided, and the impact the information had on your preparation of the return.) . . . . . . . . . . . . . . . . . . . . | ☐ | ☐ | |
| **5** | Did you satisfy the record retention requirement? To meet the record retention requirement, you must keep a copy of your documentation referenced in 4b, a copy of this Form 8867, a copy of any applicable worksheet(s), a record of how, when, and from whom the information used to prepare Form 8867 and any applicable worksheet(s) was obtained, and a copy of any document(s) provided by the taxpayer that you relied on to determine eligibility for the credit(s) and/or HOH filing status or to compute the amount(s) of the credit(s) . . . . . . . | ☒ | ☐ | |
| | List those documents, if any, that you relied on. | | | |
| | Documents provided by client and retained on file. | | | |
| **6** | Did you ask the taxpayer whether he/she could provide documentation to substantiate eligibility for the credit(s) and/or HOH filing status and the amount(s) of any credit(s) claimed on the return if his/her return is selected for audit?. . . . . . . . . . . . . . . . . . . . . . . . . . . . | ☒ | ☐ | |
| **7** | Did you ask the taxpayer if any of these credits were disallowed or reduced in a previous year?. . . . . . . . . . | ☐ | ☐ | ☒ |
| | (If credits were disallowed or reduced, go to question 7a; if not, go to question 8.) | | | |
| **a** | Did you complete the required recertification Form 8862? . . . . . . . . . . . . . . . . . . . | ☐ | ☐ | ☒ |
| **8** | If the taxpayer is reporting self-employment income, did you ask questions to prepare a complete and correct Schedule C (Form 1040 or 1040-SR)?. . . . . . . . . . . . . . . . . . . . . . | ☒ | ☐ | ☐ |

**BAA  For Paperwork Reduction Act Notice, see separate instructions.**

Form **8867** (2019)

FDIA4312L  11/18/19

| Part II | Due Diligence Questions for Returns Claiming EIC (If the return does not claim EIC, go to Part III.) | | | |
|---|---|---|---|---|
| | | Yes | No | N/A |
| 9a | Have you determined that the taxpayer is, in fact, eligible to claim the EIC for the number of qualifying children claimed, or is eligible to claim the EIC without a qualifying child? (Skip 9b and 9c if the taxpayer is claiming the EIC and does not have a qualifying child.) | ☐ | ☐ | |
| b | Did you ask the taxpayer if the child lived with the taxpayer for over half of the year, even if the taxpayer has supported the child the entire year? | ☐ | ☐ | |
| c | Did you explain to the taxpayer the rules about claiming the EIC when a child is the qualifying child of more than one person (tiebreaker rules)? | ☐ | ☐ | ☐ |

| Part III | Due Diligence Questions for Returns Claiming CTC/ACTC/ODC (If the return does not claim CTC, ACTC, or ODC, go to Part IV.) | | | |
|---|---|---|---|---|
| | | Yes | No | N/A |
| 10 | Have you determined that each qualifying person for the CTC/ACTC/ODC is the taxpayer's dependent who is a citizen, national, or resident of the United States? | ☐ | ☐ | |
| 11 | Did you explain to the taxpayer that he/she may not claim the CTC/ACTC if the taxpayer has not lived with the child for over half of the year, even if the taxpayer has supported the child, unless the child's custodial parent has released a claim to exemption for the child? | ☐ | ☐ | ☐ |
| 12 | Did you explain to the taxpayer the rules about claiming the CTC/ACTC/ODC for a child of divorced or separated parents (or parents who live apart), including any requirement to attach a Form 8332 or similar statement to the return? | ☐ | ☐ | ☐ |

| Part IV | Due Diligence Questions for Returns Claiming AOTC (If the return does not claim AOTC, go to Part V.) | | |
|---|---|---|---|
| | | Yes | No |
| 13 | Did the taxpayer provide substantiation for the credit, such as a Form 1098-T and/or receipts for the qualified tuition and related expenses for the claimed AOTC? | ☐ | ☐ |

| Part V | Due Diligence Questions for Claiming HOH (If the return does not claim HOH filing status, go to Part VI.) | | |
|---|---|---|---|
| | | Yes | No |
| 14 | Have you determined that the taxpayer was unmarried or considered unmarried on the last day of the tax year and provided more than half of the cost of keeping up a home for the year for a qualifying person? | ☒ | ☐ |

| Part VI | Eligibility Certification |
|---|---|

▶ **You will have complied with all due diligence requirements for claiming the applicable credit(s) and/or HOH filing status on the return of the taxpayer identified above if you:**

   A. Interview the taxpayer, ask adequate questions, contemporaneously document the taxpayer's responses on the return or in your notes, review adequate information to determine if the taxpayer is eligible to claim the credit(s) and/or HOH filing status and to compute the amount(s) of the credit(s);

   B. Complete this Form 8867 truthfully and accurately and complete the actions described in this checklist for any applicable credit(s) claimed and HOH filing status, if claimed;

   C. Submit Form 8867 in the manner required; **and**

   D. Keep all five of the following records for 3 years from the latest of the dates specified in the Form 8867 instructions under *Document Retention.*

      1. A copy of this Form 8867.

      2. The applicable worksheet(s) or your own worksheet(s) for any credit(s) claimed.

      3. Copies of any documents provided by the taxpayer on which you relied to determine the taxpayer's eligibility for the credit(s) and/or HOH filing status and to compute the amount(s) of the credit(s).

      4. A record of how, when, and from whom the information used to prepare this form and the applicable worksheet(s) was obtained.

      5. A record of any additional information you relied upon, including questions you asked and the taxpayer's responses, to determine the taxpayer's eligibility for the credit(s) and/or HOH filing status and to compute the amount(s) of the credit(s).

▶ **If you have not complied with all due diligence requirements, you may have to pay a $530 penalty for each failure to comply related to a claim of an applicable credit or HOH filing status.**

| | | Yes | No |
|---|---|---|---|
| 15 | Do you certify that all of the answers on this Form 8867 are, to the best of your knowledge, true, correct, and complete? | ☒ | ☐ |

Form **8867** (2019)

Form **8962**

| | | OMB No. 1545-0074 |
|---|---|---|
| Form **8962** | **Premium Tax Credit (PTC)** | **2019** |
| Department of the Treasury Internal Revenue Service | ▶ Attach to Form 1040, 1040-SR, or 1040-NR.<br>▶ Go to *www.irs.gov/Form8962* for instructions and the latest information. | Attachment<br>Sequence No. **73** |

| Name shown on your return | Your social security number |
|---|---|
| Esly Figueroa | ▩▩▩ -6118 |

You cannot take the PTC if your filing status is married filing separately unless you qualify for an exception (see instructions). If you qualify, check the box . . . . . . . . . . . . . . . . ▶ ☐

| **Part I** | **Annual and Monthly Contribution Amount** | | | |
|---|---|---|---|---|
| 1 | Tax family size. Enter your tax family size (see instructions) . . . . . . . . . . . . . . . . . . . . . | | **1** | 3 |
| 2a | Modified AGI. Enter your modified AGI (see instructions) . . . . . . . . . . . . . . . . | **2a** | −53,795. | |
| b | Enter the total of your dependents' modified AGI (see instructions). . . . . . . . . . . | **2b** | 53,795. | |
| 3 | Household income. Add the amounts on lines 2a and 2b (see instructions) . . . . . . . . . . . . . . . | | **3** | 0. |
| 4 | Federal poverty line. Enter the federal poverty line amount from Table 1-1, 1-2, or 1-3 (see instructions). Check the appropriate box for the federal poverty table used. **a** ☐ Alaska **b** ☐ Hawaii **c** ☒ Other 48 states and DC | | **4** | 20,780. |
| 5 | Household income as a percentage of federal poverty line (see instructions) . . . . . . . . . . . . . . | | **5** | 0 % |
| 6 | Did you enter 401% on line 5? (See instructions if you entered less than 100%.)<br>☒ **No.** Continue to line 7.<br>☐ **Yes.** You are not eligible to take the PTC. If advance payment of the PTC was made, see the instructions for how to report your excess advance PTC repayment amount. | | | |
| 7 | Applicable Figure. Using your line 5 percentage, locate your "applicable figure" on the table in the instructions . . . . . . . . . . . . . . . | | **7** | 0.0208 |
| 8a | Annual contribution amount. Multiply line 3 by line 7. Round to nearest whole dollar amount | **8a** | | **b** Monthly contribution amount. Divide line 8a by 12. Round to nearest whole dollar amount | **8b** | |

| **Part II** | **Premium Tax Credit Claim and Reconciliation of Advance Payment of Premium Tax Credit** |
|---|---|
| 9 | Are you allocating policy amounts with another taxpayer or do you want to use the alternative calculation for year of marriage (see instructions)?<br>☐ **Yes.** Skip to Part IV, Allocation of Policy Amounts, or Part V, Alternative Calculation for Year of Marriage. ☒ **No.** Continue to line 10. |
| 10 | See the instructions to determine if you can use line 11 or must complete lines 12 through 23.<br>☒ **Yes.** Continue to line 11. Compute your annual PTC. Then skip lines 12-23 and continue to line 24. ☐ **No.** Continue to lines 12-23. Compute your monthly PTC and continue to line 24. |

| **Annual Calculation** | (a) Annual enrollment premiums (Form(s) 1095-A, line 33A) | (b) Annual applicable SLCSP premium (Form(s) 1095-A, line 33B) | (c) Annual contribution amount (line 8a) | (d) Annual maximum premium assistance (subtract (c) from (b), if zero or less, enter -0-) | (e) Annual premium tax credit allowed (smaller of (a) or (d)) | (f) Annual advance payment of PTC (Form(s) 1095-A, line 33C) |
|---|---|---|---|---|---|---|
| **11** Annual Totals | 20,198. | 18,137. | | 18,137. | 18,137. | 16,725. |

| **Monthly Calculation** | (a) Monthly enrollment premiums (Form(s) 1095-A, lines 21-32, column A) | (b) Monthly applicable SLCSP premium (Form(s) 1095-A, lines 21-32, column B) | (c) Monthly contribution amount (amount from line 8b or alternative marriage monthly calculation) | (d) Monthly maximum premium assistance (subtract (c) from (b), if zero or less, enter -0-) | (e) Monthly premium tax credit allowed (smaller of (a) or (d)) | (f) Monthly advance payment of PTC (Form(s) 1095-A, lines 21-32, column C) |
|---|---|---|---|---|---|---|
| **12** January | | | | | | |
| **13** February | | | | | | |
| **14** March | | | | | | |
| **15** April | | | | | | |
| **16** May | | | | | | |
| **17** June | | | | | | |
| **18** July | | | | | | |
| **19** August | | | | | | |
| **20** September | | | | | | |
| **21** October | | | | | | |
| **22** November | | | | | | |
| **23** December | | | | | | |

| | | | |
|---|---|---|---|
| 24 | Total premium tax credit. Enter the amount from line 11(e) or add lines 12(e) through 23(e) and enter the total here . . . . . . . . . . . . . . | **24** | 18,137. |
| 25 | Advance payment of PTC. Enter the amount from line 11(f) or add lines 12(f) through 23(f) and enter the total here . . . . . . . . . . . . . | **25** | 16,725. |
| 26 | Net premium tax credit. If line 24 is greater than line 25, subtract line 25 from line 24. Enter the difference here and on Schedule 3 (Form 1040 or 1040-SR), line 9, or Form 1040-NR, line 65. If line 24 equals line 25, enter -0-. Stop here. If line 25 is greater than line 24, leave this line blank and continue to line 27 . . . . . . . . . . | **26** | 1,412. |

| **Part III** | **Repayment of Excess Advance Payment of the Premium Tax Credit** | | |
|---|---|---|---|
| 27 | Excess advance payment of PTC. If line 25 is greater than line 24, subtract line 24 from line 25. Enter the difference here . . . . . . . . . . . . | **27** | |
| 28 | Repayment limitation (see instructions) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **28** | |
| 29 | Excess advance premium tax credit repayment. Enter the smaller of line 27 or line 28 here and on Schedule 2 (Form 1040 or 1040-SR), line 2, or Form 1040-NR, line 44 . . . . . . . . | **29** | |

**BAA For Paperwork Reduction Act Notice, see your tax return instructions.**     FDIA7701L   12/05/19       Form **8962** (2019)

| **Part IV** | **Allocation of Policy Amounts** |
|---|---|

Complete the following information for up to four policy amount allocations. See instructions for allocation details.

**Allocation 1**

| 30 (a) Policy Number (Form 1095-A, line 2) | (b) SSN of other taxpayer | (c) Allocation start month | (d) Allocation stop month |
|---|---|---|---|
| **Allocation percentage applied to monthly amounts** | (e) Premium Percentage | (f) SLCSP Percentage | (g) Advance Payment of the PTC Percentage |
| | | | |

**Allocation 2**

| 31 (a) Policy Number (Form 1095-A, line 2) | (b) SSN of other taxpayer | (c) Allocation start month | (d) Allocation stop month |
|---|---|---|---|
| **Allocation percentage applied to monthly amounts** | (e) Premium Percentage | (f) SLCSP Percentage | (g) Advance Payment of the PTC Percentage |
| | | | |

**Allocation 3**

| 32 (a) Policy Number (Form 1095-A, line 2) | (b) SSN of other taxpayer | (c) Allocation start month | (d) Allocation stop month |
|---|---|---|---|
| **Allocation percentage applied to monthly amounts** | (e) Premium Percentage | (f) SLCSP Percentage | (g) Advance Payment of the PTC Percentage |
| | | | |

**Allocation 4**

| 33 (a) Policy Number (Form 1095-A, line 2) | (b) SSN of other taxpayer | (c) Allocation start month | (d) Allocation stop month |
|---|---|---|---|
| **Allocation percentage applied to monthly amounts** | (e) Premium Percentage | (f) SLCSP Percentage | (g) Advance Payment of the PTC Percentage |
| | | | |

34   Have you completed all policy amount allocations?

☐ **Yes.** Multiply the amounts on Form 1095-A by the allocation percentages entered by policy. Add all allocated policy amounts and non-allocated policy amounts from Forms 1095-A, if any, to compute a combined total for each month. Enter the combined total for each month on lines 12-23, columns (a), (b), and (f). Compute the amounts for lines 12-23, columns (c)-(e), and continue to line 24.

☐ **No.** See the instructions to report additional policy amount allocations.

| **Part V** | **Alternative Calculation for Year of Marriage** |
|---|---|

Complete line(s) 35 and/or 36 to elect the alternative calculation for year of marriage. For eligibility to make the election, see the instructions for line 9. To complete line(s) 35 and/or 36 and compute the amounts for lines 12-23, see the instructions for this Part V.

| 35 | **Alternative entries for your SSN** | (a) Alternative family size | (b) Alternative monthly contribution amount | (c) Alternative start month | (d) Alternative stop month |
|---|---|---|---|---|---|
| 36 | **Alternative entries for your spouse's SSN** | (a) Alternative family size | (b) Alternative monthly contribution amount | (c) Alternative start month | (d) Alternative stop month |

Form **8962** (2019)

FDIA7001L  12/05/19

Form **8829**

Department of the Treasury
Internal Revenue Service (99)

# Expenses for Business Use of Your Home

▶ File only with Schedule C (Form 1040 or 1040-SR). Use a separate Form 8829 for each home you used for business during the year.
▶ Go to *www.irs.gov/Form8829* for instructions and the latest information.

OMB No. 1545-0074

**2019**

Attachment
Sequence No. **176**

Name(s) of proprietor(s)
Esly Figueroa

Your social security number
▉▉▉-▉▉-6118

## Part I — Part of Your Home Used for Business

| | | | |
|---|---|---|---|
| 1 | Area used regularly and exclusively for business, regularly for daycare, or for storage of inventory or product samples (see instructions) | **1** | 1,679 |
| 2 | Total area of home | **2** | 1,866 |
| 3 | Divide line 1 by line 2. Enter the result as a percentage | **3** | 89.98 % |

For daycare facilities not used exclusively for business, go to line 4. All others, go to line 7.

| | | | | |
|---|---|---|---|---|
| 4 | Multiply days used for daycare during year by hours used per day | **4** | 6,864 hr | |
| 5 | If you started or stopped using your home for daycare during the year, see instructions; otherwise, enter 8,760 | **5** | 8,760 hr | |
| 6 | Divide line 4 by line 5. Enter the result as a decimal amount | **6** | 0.7836 | |
| 7 | Business percentage. For daycare facilities not used exclusively for business, multiply line 6 by line 3 (enter the result as a percentage). All others, enter the amount from line 3 ▶ | **7** | | 70.51 % |

## Part II — Figure Your Allowable Deduction

| | | | | |
|---|---|---|---|---|
| 8 | Enter the amount from Schedule C, line 29, **plus** any gain derived from the business use of your home, **minus** any loss from the trade or business not derived from the business use of your home (see instructions) | | **8** | 127,395. |

See instructions for columns (a) and (b) before completing lines 9-22.

| | | | (a) Direct expenses | (b) Indirect expenses | | |
|---|---|---|---|---|---|---|
| 9 | Casualty losses (see instructions) | **9** | | | | |
| 10 | Deductible mortgage interest (see instructions) | **10** | | | | |
| 11 | Real estate taxes (see instructions) | **11** | | | | |
| 12 | Add lines 9, 10, and 11 | **12** | | | | |
| 13 | Multiply line 12, column (b), by line 7 | | **13** | | | |
| 14 | Add line 12, column (a), and line 13 | | | | **14** | |
| 15 | Subtract line 14 from line 8. If zero or less, enter -0- | | | | **15** | 127,395. |
| 16 | Excess mortgage interest (see instructions) | **16** | | 2,027. | | |
| 17 | Excess real estate taxes (see instructions) | **17** | | 3,517. | | |
| 18 | Insurance | **18** | | 803. | | |
| 19 | Rent | **19** | | | | |
| 20 | Repairs and maintenance | **20** | | | | |
| 21 | Utilities | **21** | | 1,102. | | |
| 22 | Other expenses (see instructions) | **22** | | | | |
| 23 | Add lines 16 through 22 | **23** | | 7,449. | | |
| 24 | Multiply line 23, column (b), by line 7 | | **24** | 5,252. | | |
| 25 | Carryover of prior year operating expenses (see instructions) | | **25** | | | |
| 26 | Add line 23, column (a), line 24, and line 25 | | | | **26** | 5,252. |
| 27 | Allowable operating expenses. Enter the **smaller** of line 15 or line 26 | | | | **27** | 5,252. |
| 28 | Limit on excess casualty losses and depreciation. Subtract line 27 from line 15 | | | | **28** | 122,143. |
| 29 | Excess casualty losses (see instructions) | | **29** | | | |
| 30 | Depreciation of your home from line 42 below | | **30** | 520. | | |
| 31 | Carryover of prior year excess casualty losses and depreciation (see instructions) | | **31** | | | |
| 32 | Add lines 29 through 31 | | | | **32** | 520. |
| 33 | Allowable excess casualty losses and depreciation. Enter the **smaller** of line 28 or line 32 | | | | **33** | 520. |
| 34 | Add lines 14, 27, and 33 | | | | **34** | 5,772. |
| 35 | Casualty loss portion, if any, from lines 14 and 33. Carry amount to **Form 4684** (see instructions) | | | | **35** | |
| 36 | **Allowable expenses for business use of your home.** Subtract line 35 from line 34. Enter here and on Schedule C, line 30. If your home was used for more than one business, see instructions ▶ | | | | **36** | 5,772. |

## Part III — Depreciation of Your Home

| | | | |
|---|---|---|---|
| 37 | Enter the **smaller** of your home's adjusted basis or its fair market value (see instructions) | **37** | |
| 38 | Value of land included on line 37 | **38** | |
| 39 | Basis of building. Subtract line 38 from line 37 | **39** | |
| 40 | Business basis of building. Multiply line 39 by line 7 | **40** | |
| 41 | Depreciation percentage (see instructions) | **41** | % |
| 42 | Depreciation allowable (see instructions). Multiply line 40 by line 41. Enter here and on line 30 above | **42** | 520. |

## Part IV — Carryover of Unallowed Expenses to 2020

| | | | |
|---|---|---|---|
| 43 | Operating expenses. Subtract line 27 from line 26. If less than zero, enter -0- | **43** | 0. |
| 44 | Excess casualty losses and depreciation. Subtract line 33 from line 32. If less than zero, enter -0- | **44** | 0. |

Esly Figueroa ▮-6118

## Wage Schedule

| Taxpayer - Employer | Wages | Federal W/H | FICA | Medi-care | State W/H | SDI |
|---|---|---|---|---|---|---|
| Public Parnerships LLC | 3,836. | | 238. | 56. | | 38. |
| Grand Total | 3,836. | 0. | 238. | 56. | 0. | 38. |

## Qualified Business Income

| | |
|---|---|
| Trade or business name: | DBA Esly's Daycare |
| Taxpayer identification number: | ▮-6118 |
| Business income | 121,623. |
| Qualified Business Income | 121,623. |
| Trade or business name: | Evolution Nightclub and Resturant |
| Taxpayer identification number: | ▮-6118 |
| Business income | -213,168. |
| Qualified Business Income | -213,168. |

## Child Tax Credit and Credit for Other Dependents Worksheet (Form 1040 or 1040-SR, Line 13a)

1. Number of qualifying children with required SSN from
   Form 1040 or 1040-SR, Dependents: 0 x $2,000                    0.
2. Number of other dependents, including qualifying
   children without the required SSN from
   Form 1040 or 1040-SR, Dependents: 2 x $500                  1,000.
3. Add lines 1 and 2                                                        1,000.
4. Enter the amount from Form 1040 or 1040-SR, line 8b.      -53,795.
5. Enter $400,000 if MFJ ($200,000 for all others)           200,000.
6. Is line 4 more than the amount on line 5?
   NO  - Leave line 6 blank. Enter -0- on line 7.
   YES - Subtract line 5 from line 4.
         If the result is not a multiple of $1,000,
         increase it to the next multiple of $1,000.
7. Multiply the amount on line 6 by 5% (.05).
   Enter the result.                                                          0.
8. Is the amount on line 3 more than the amount
   on line 7?
   NO  - Stop. You can't take the child tax credit on
         Form 1040 or 1040-SR, line 13a. You
         also cannot take the additional child
         tax credit on Form 1040 or 1040-SR, line 18b.
   YES - Subtract line 7 from line 3.
         Enter the result.                                               1,000.

**Child Tax Credit and Credit for Other Dependents Worksheet (Form 1040 or 1040-SR, Line 13a) (continued)**

```
 9. Enter the amount from Form 1040 or 1040-SR, line 12b.                    0.
10. Add the amounts from:
    Schedule 3, Line 1              0.
    Schedule 3, Line 2              0.
    Schedule 3, Line 3              0.
    Schedule 3, Line 4              0.
    Form 5695, Line 30             0.
    Form 8910, Line 15             0.
    Form 8936, Line 23             0.
    Schedule R, Line 22            0.
    Enter the total.                            0.
11. Are the amounts on line 9 and 10 the same?
    YES - Stop. You can't take the credit because
          there is no tax to reduce.
    NO  - Subtract line 10 from line 9.
12. Is the amount on line 8 more than the
    amount on line 11?
    YES - Enter the amount from line 11.
    NO  - Enter the amount from line 8.
    This is your Child Tax Credit and credit for other
    dependents. Enter on Form 1040 or 1040-SR, line 13a.                    0.
```

**Net Nonfarm Profit or (Loss) (Schedule SE, Line 2)**

|                                          | Taxpayer |
|------------------------------------------|---------:|
| Schedule C                               | -91,545. |
| Schedule E, page 2 (from Sch. K-1)       |       0. |
| Other Income (Schedule 1, line 8)        |       0. |
| Section 1256 contracts                   |       0. |
| Minister wages                           |       0. |
| Minister housing allowance               |       0. |
| Minister parsonage - utilities           |       0. |
| Employee business expenses               |       0. |
| Net nonfarm income adjustment            |       0. |
| Total Net Nonfarm Profit or (Loss)       | -91,545. |

**Esly Figueroa** ■-6118

**NOL Worksheet 1**
**Computation of 2019 Net Operating Loss**

```
 1. Enter AGI less standard or itemized deductions            -72,145.
 2. Nonbusiness capital losses                        0.
 3. Nonbusiness capital gains                         0.
 4. Excess of line 2 over line 3                      0.
 5. Excess of line 3 over line 2                      0.
 6. Nonbusiness deductions                       18,350.
 7. Nonbusiness income                                0.
 8. Add lines 5 and 7                                 0.
 9. Excess of line 6 over line 8                             18,350.
10. Excess of line 8 over line 6;
    But do not enter more than line 5               0.
11. Business capital losses                           0.
12. Business capital gains                            0.
13. Add lines 10 and 12                               0.
14. Excess of line 11 over line 13                    0.
15. Add lines 4 and 14                                0.
16. Loss from Schedule D, line 16                     0.
17. Section 1202 exclusion                                        0.
18. Subtract line 17 from line 16                     0.
19. Loss from Schedule D, line 21                     0.
20. Subtract line 19 from line 18                     0.
21. Subtract line 18 from line 19                                 0.
22. Subtract line 20 from line 15                                 0.
23. Domestic production activities deduction                      0.
24. Prior years' net operating losses                            0.
25. 2019 Net Operating Gain (Loss)
    (Combine lines 1, 9, 17, and 21 through 24.     $   -53,795.
```

Computation of Nonbusiness Deductions
Standard deduction ............................................. 18,350.
                                        Total $   18,350.

**Esly Figueroa**     ▮-6118

**NOL Worksheet 1**
**Computation of 2019 AMT Net Operating Loss**

| | | | |
|---|---|---|---:|
| 1. | AMTI before ATNOLD (Form 6251, lines 1 through 3) | | -53,795. |
| 2. | Nonbusiness Capital Losses | 0. | |
| 3. | Nonbusiness Capital Gains | 0. | |
| 4. | Excess of line 2 over line 3 | 0. | |
| 5. | Excess of line 3 over line 2 | 0. | |
| 6. | Nonbusiness Deductions | 0. | |
| 7. | Nonbusiness Income | 0. | |
| 8. | Add lines 5 and 7 | 0. | |
| 9. | Excess of line 6 over line 8 | | 0. |
| 10. | Excess of line 8 over line 6 (no more than ln 5) | 0. | |
| 11. | Business Capital Losses | 0. | |
| 12. | Business Capital Gains | 0. | |
| 13. | Add lines 10 and 12 | 0. | |
| 14. | Excess of line 11 over line 13 | 0. | |
| 15. | Add lines 4 and 14 | 0. | |
| 16. | Loss from Schedule D, line 16 | 0. | |
| 17. | Section 1202 Exclusion | | 0. |
| 18. | Subtract line 17 from line 16 | 0. | |
| 19. | Loss from Schedule D, line 18 | 0. | |
| 20. | Subtract line 19 from line 18 | 0. | |
| 21. | Subtract line 18 from line 19 | | 0. |
| 22. | Subtract line 20 from line 15 | | 0. |
| 23. | 2019 AMT Net Operating Gain (Loss) (Combine lines 1, 9, 17, 21, and 22) | | -53,795. |

**NOL Worksheet 3**
**NOL Carryover to 2020**

| | |
|---|---:|
| Worksheet 1, line 25, if less than zero | 53,795. |
| Excess business loss from Form 461 | 0. |
| NOL carryover to next year | 53,795. |

**NOL Worksheet 3**
**AMT NOL Carryover to 2020**

| | |
|---|---:|
| Worksheet 1, line 25, if less than zero | 53,795. |
| Excess business loss from Form 461 | 0. |
| AMT NOL carryover to next year | 53,795. |

**Esly Figueroa**       ███-6118

**Vehicle Expenses - Schedule C**
**Childcare**

|  | Auto |
|---|---|
| 1. Date placed in service | 1/01/15 |
| 2. Total mileage | 25,000 |
| 3. Business mileage | 15,000 |
| 4. Business use percentage (divide line 3 by line 2) | 0.6000 |

Standard Mileage Rate:

| 5. Multiply line 3 by 0.58 cents (58) | 8,700. |
|---|---|
| Depr. portion of mileage (26 cents per mile) | 3,900. |
| Oper. exp. portion of mileage (32 cents per mile) | 4,800. |

Actual Expenses:

| 6. Gasoline, lube and oil | |
|---|---|
| 7. Repairs | |
| 8. Tires | |
| 9. Insurance | |
| 10. Miscellaneous | |
| 11. Auto license (except personal property taxes) | |
| 12. Value of employer-provided vehicle | |
| 13. Vehicle rent or lease (less inclusion) | |
| 14. Add lines 6 through 13 | 0. |
| 15. Multiply line 14 by line 4 | |
| 16. Depreciation and section 179 deduction | |
| 17. Add lines 15 and 16 | 0. |

Total Vehicle Expenses:       Std Mileage

| 18. Enter line 5 or line 17 | 8,700. |
|---|---|
| 19. Parking fees and tolls | |
| 20. Add lines 18 and 19 | 8,700. |

Vehicle Expense Allocation:

| 21. Car and truck expenses | 8,700. |
|---|---|
| 22. Depreciation | |
| 23. Vehicle rent or lease payments | |
| 24. Add lines 21, 22, and 23 | 8,700. |
| 25. Interest expense (business portion) | |
| 26. Taxes and licenses (business portion) | |
| 27. Personal property taxes (Schedule A) | |

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Esly Figueroa** |
| | First Name       Middle Name       Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name       Middle Name       Last Name |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF CALIFORNIA |
| Case number (if known) | |

☐ Check if this is an amended filing

## B 104

# For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims Against You and Are Not Insiders     12/15

If you are an individual filing for bankruptcy under Chapter 11, you must fill out this form. If you are filing under Chapter 7, Chapter 12, or Chapter 13, do not fill out this form. Do not include claims by anyone who is an insider. Insiders include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20 percent or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Also, do not include claims by secured creditors unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information.

**Part 1:**   List the 20 Unsecured Claims in Order from Largest to Smallest. Do Not Include Claims by Insiders.

| | | **Unsecured claim** |
|---|---|---|

**1**   **Alejandro Alvarez**
**289 Mountain View**
**San Rafael, CA 94901**

What is the nature of the claim?   **Personal Loan**   $ **$7,000.00**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

Does the creditor have a lien on your property?
■ No
☐ Yes. Total claim (secured and unsecured)   $ _____
    Value of security:   - $ _____
    Unsecured claim   $ _____

Contact _____
Contact phone _____

**2**   **American Express**
**Correspondence/Bankruptcy**
**Po Box 981540**
**El Paso, TX 79998**

What is the nature of the claim?   **Credit Card**   $ **$11,300.00**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

Does the creditor have a lien on your property?
■ No
☐ Yes. Total claim (secured and unsecured)   $ _____
    Value of security:   - $ _____
    Unsecured claim   $ _____

Contact _____
Contact phone _____

B104 (Official Form 104)     For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims     Page 1

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Case: 21-30146    Doc# 1    Filed: 02/23/21    Entered: 02/23/21 18:26:12    Page 30 of 44

---

**3**

**California Department of Tax And Fee Administration**
**PO Box 942879**
**Sacramento, CA 94279**

What is the nature of the claim?    **Sales and Use Tax**    $ **64,057.28**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

Does the creditor have a lien on your property?

■ No
☐ Yes. Total claim (secured and unsecured)    $ _____
    Value of security:    - $ _____
    Unsecured claim    $ _____

Contact _____

Contact phone _____

---

**4**

**Care Credit**
**PO Box 960061**
**Orlando, FL 32896**

What is the nature of the claim?    **Medical Service Debt**    $ **1,200.00**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

Does the creditor have a lien on your property?

■ No
☐ Yes. Total claim (secured and unsecured)    $ _____
    Value of security:    - $ _____
    Unsecured claim    $ _____

Contact _____

Contact phone _____

---

**5**

**Daniel F. Campbell**
**3495 Lakeside Drive #19**
**Reno, NV 89509**

What is the nature of the claim?    **842 4th Street San Rafael, CA 94901 Marin County The Property is one parcel with a commercial builiding which has 3 units. The 3 units have the fol**    $ **299,483.97**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

Does the creditor have a lien on your property?

☐ No
■ Yes. Total claim (secured and unsecured)    $ **499,000.00**
    Value of security:    - $ **1,900,000.00**
    Unsecured claim    $ **299,483.97**

Contact _____

Contact phone _____

---

**6**

What is the nature of the claim?    **Personal Loan**    $ **2,000.00**

---

B 104 (Official Form 104)    For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims    Page 2

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Case: 21-30146    Doc# 1    Filed: 02/23/21    Entered: 02/23/21 18:26:12    Page 31 of 44

**Julissa Santizo**
**1558 Center Road**
**Novato, CA 94947**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

Does the creditor have a lien on your property?

■ No
☐ Yes. Total claim (secured and unsecured)    $ _____
    Value of security:    - $ _____
    Unsecured claim    $ _____

Contact

Contact phone

---

**7**

**Mario Vilela**
**13617 Silverbow Avenue**
**Norwalk, CA 90650**

What is the nature of the claim?    **Loan for Assistance with Evolution Nightclub and Restuarant LLC**    $ **$20,000.00**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

Does the creditor have a lien on your property?

■ No
☐ Yes. Total claim (secured and unsecured)    $ _____
    Value of security:    - $ _____
    Unsecured claim    $ _____

Contact

Contact phone

---

**8**

**Mercedes-Benz Financial Services**
**Attn: Bankruptcy**
**Po Box 685**
**Roanoke, TX 76262**

What is the nature of the claim?    **Lease**    $ **$10,507.00**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

Does the creditor have a lien on your property?

■ No
☐ Yes. Total claim (secured and unsecured)    $ _____
    Value of security:    - $ _____
    Unsecured claim    $ _____

Contact

Contact phone

---

**9**

**PAR Funding**
**20 N. 3rd Street**
**Philadelphia, PA 19106**

What is the nature of the claim?    **Business Loan**    $ **$10,000.00**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

Does the creditor have a lien on your property?

B 104 (Official Form 104)    For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims    Page 3

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Case: 21-30146    Doc# 1    Filed: 02/23/21    Entered: 02/23/21 18:26:12    Page 32 of 44

|  | ■ | No |  |  |
|---|---|---|---|---|
|  | ☐ | Yes. Total claim (secured and unsecured) | $ | |
| Contact | | Value of security: | - $ | |
| Contact phone | | Unsecured claim | $ | |

---

**10**

**PG&E**
**Box 997300**
**Sacramento, CA 95899**

What is the nature of the claim?     **Utility Debt for**     $ **$6,547.66**
**Commercial Property**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

Does the creditor have a lien on your property?

| ■ | No |  |  |
|---|---|---|---|
| ☐ | Yes. Total claim (secured and unsecured) | $ | |
| | Value of security: | - $ | |
| | Unsecured claim | $ | |

Contact

Contact phone

---

**11**

**Porsche Crd**
**Attn: Bankruptcy**
**One Porsche Drive**
**Atlanta, GA 30354**

What is the nature of the claim?     **Lease**     $ **$11,975.00**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

Does the creditor have a lien on your property?

| ■ | No |  |  |
|---|---|---|---|
| ☐ | Yes. Total claim (secured and unsecured) | $ | |
| | Value of security: | - $ | |
| | Unsecured claim | $ | |

Contact

Contact phone

---

**12**

**Rena Satzo**
**289 Mountain View**
**San Rafael, CA 94901**

What is the nature of the claim?     **Personal Loan**     $ **$10,000.00**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

Does the creditor have a lien on your property?

| ■ | No |  |  |
|---|---|---|---|
| ☐ | Yes. Total claim (secured and unsecured) | $ | |
| | Value of security: | - $ | |
| | Unsecured claim | $ | |

Contact

Contact phone

---

**13**

**SOL at West Village**
**1580 Jade Street**

What is the nature of the claim?     **Breach of Lease -**     $ **$4,950.00**
**Residential**

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

Debtor 1    **Esly Figueroa**                                    Case number *(if known)* _____

**Davis, CA 95616**

As of the date you file, the claim is: Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ■ None of the above apply

Does the creditor have a lien on your property?

- ■ No
- ☐ Yes. Total claim (secured and unsecured)    $ _____
  - Value of security:    - $ _____
  - Unsecured claim    $ _____

_____

Contact _____

Contact phone _____

---

| **14** | **U.S. Small Business Administration**<br>**PO Box 3918**<br>**Portland, OR 97208** | What is the nature of the claim? | **Business Loan** | $ **$141,020.07** |
|---|---|---|---|---|

As of the date you file, the claim is: Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ■ None of the above apply

Does the creditor have a lien on your property?

- ☐ No
- ■ Yes. Total claim (secured and unsecured)    $ **$150,000.00**
  - Value of security:    - $ **$59,698.80**
  - Unsecured claim    $ **$141,020.07**

_____

Contact _____

Contact phone _____

---

| **15** | **Wells Fargo Bank NA**<br>**Attn: Wells Fargo Bankruptcy**<br>**435 Ford Road, Suite 300**<br>**Saint Lewis Park, MN 55426** | What is the nature of the claim? | **Personal Loan** | $ **$9,062.00** |
|---|---|---|---|---|

As of the date you file, the claim is: Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ■ None of the above apply

Does the creditor have a lien on your property?

- ■ No
- ☐ Yes. Total claim (secured and unsecured)    $ _____
  - Value of security:    - $ _____
  - Unsecured claim    $ _____

_____

Contact _____

Contact phone _____

---

**Part 2:    Sign Below**

**Under penalty of perjury, I declare that the information provided in this form is true and correct.**

X    /s/ Esly Figueroa _____          X    _____
     **Esly Figueroa**                                                      Signature of Debtor 2
     Signature of Debtor 1

Date    **February 23, 2021** _____          Date    _____

---

B 104 (Official Form 104)          For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims          Page 5

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Case: 21-30146    Doc# 1    Filed: 02/23/21    Entered: 02/23/21 18:26:12    Page 34 of 44

# Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)

This notice is for you if:

> You are an individual filing for bankruptcy, and

> Your debts are primarily consumer debts. *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

**The types of bankruptcy that are available to individuals**

Individuals who meet the qualifications may file under one of four different chapters of Bankruptcy Code:

> Chapter 7 - Liquidation

> Chapter 11 - Reorganization

> Chapter 12 - Voluntary repayment plan for family farmers or fishermen

> Chapter 13 - Voluntary repayment plan for individuals with regular income

**You should have an attorney review your decision to file for bankruptcy and the choice of chapter.**

| Chapter 7: | Liquidation |
|---|---|
| $245 | filing fee |
| $78 | administrative fee |
| + $15 | trustee surcharge |
| $338 | total fee |

Chapter 7 is for individuals who have financial difficulty preventing them from paying their debts and who are willing to allow their non-exempt property to be used to pay their creditors. The primary purpose of filing under chapter 7 is to have your debts discharged. The bankruptcy discharge relieves you after bankruptcy from having to pay many of your pre-bankruptcy debts. Exceptions exist for particular debts, and liens on property may still be enforced after discharge. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

However, if the court finds that you have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge.

You should know that even if you file chapter 7 and you receive a discharge, some debts are not discharged under the law. Therefore, you may still be responsible to pay:

> most taxes;

> most student loans;

> domestic support and property settlement obligations;

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

most fines, penalties, forfeitures, and criminal restitution obligations; and

certain debts that are not listed in your bankruptcy papers.

You may also be required to pay debts arising from:

fraud or theft;

fraud or defalcation while acting in breach of fiduciary capacity;

intentional injuries that you inflicted; and

death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs.

If your debts are primarily consumer debts, the court can dismiss your chapter 7 case if it finds that you have enough income to repay creditors a certain amount. You must file *Chapter 7 Statement of Your Current Monthly Income* (Official Form 122A–1) if you are an individual filing for bankruptcy under chapter 7. This form will determine your current monthly income and compare whether your income is more than the median income that applies in your state.

If your income is not above the median for your state, you will not have to complete the other chapter 7 form, the *Chapter 7 Means Test Calculation* (Official Form 122A–2).

If your income is above the median for your state, you must file a second form —the *Chapter 7 Means Test Calculation* (Official Form 122A–2). The calculations on the form— sometimes called the *Means Test*—deduct from your income living expenses and payments on certain debts to determine any amount available to pay unsecured creditors. If

your income is more than the median income for your state of residence and family size, depending on the results of the *Means Test*, the U.S. trustee, bankruptcy administrator, or creditors can file a motion to dismiss your case under § 707(b) of the Bankruptcy Code. If a motion is filed, the court will decide if your case should be dismissed. To avoid dismissal, you may choose to proceed under another chapter of the Bankruptcy Code.

If you are an individual filing for chapter 7 bankruptcy, the trustee may sell your property to pay your debts, subject to your right to exempt the property or a portion of the proceeds from the sale of the property. The property, and the proceeds from property that your bankruptcy trustee sells or liquidates that you are entitled to, is called *exempt property*. Exemptions may enable you to keep your home, a car, clothing, and household items or to receive some of the proceeds if the property is sold.

Exemptions are not automatic. To exempt property, you must list it on *Schedule C: The Property You Claim as Exempt* (Official Form 106C). If you do not list the property, the trustee may sell it and pay all of the proceeds to your creditors.

## Chapter 11: Reorganization

|   | $1,167 | filing fee |
|---|---|---|
| + | $571 | administrative fee |
|   | $1,738 | total fee |

Chapter 11 is often used for reorganizing a business, but is also available to individuals. The provisions of chapter 11 are too complicated to summarize briefly.

Case: 21-30146   Doc# 1   Filed: 02/23/21   Entered: 02/23/21 18:26:12   Page 36 of 44

**Read These Important Warnings**

Because bankruptcy can have serious long-term financial and legal consequences, including loss of your property, you should hire an attorney and carefully consider all of your options before you file. Only an attorney can give you legal advice about what can happen as a result of filing for bankruptcy and what your options are. If you do file for bankruptcy, an attorney can help you fill out the forms properly and protect you, your family, your home, and your possessions.

Although the law allows you to represent yourself in bankruptcy court, you should understand that many people find it difficult to represent themselves successfully. The rules are technical, and a mistake or inaction may harm you. If you file without an attorney, you are still responsible for knowing and following all of the legal requirements.

You should not file for bankruptcy if you are not eligible to file or if you do not intend to file the necessary documents.

Bankruptcy fraud is a serious crime; you could be fined and imprisoned if you commit fraud in your bankruptcy case. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Chapter 12: Repayment plan for family farmers or fishermen

|   | $200 | filing fee |
|---|------|-----------|
| + | $78  | administrative fee |
|   | $278 | total fee |

Similar to chapter 13, chapter 12 permits family farmers and fishermen to repay their debts over a period of time using future earnings and to discharge some debts that are not paid.

## Chapter 13: Repayment plan for individuals with regular income

|   | $235 | filing fee |
|---|------|-----------|
| + | $78  | administrative fee |
|   | $313 | total fee |

Chapter 13 is for individuals who have regular income and would like to pay all or part of their debts in installments over a period of time and to discharge some debts that are not paid. You are eligible for chapter 13 only if your debts are not more than certain dollar amounts set forth in 11 U.S.C. § 109.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, usually using your future earnings. If the court approves your plan, the court will allow you to repay your debts, as adjusted by the plan, within 3 years or 5 years, depending on your income and other factors.

After you make all the payments under your plan, many of your debts are discharged. The debts that are not discharged and that you may still be responsible to pay include:

domestic support obligations,

most student loans,

certain taxes,

debts for fraud or theft,

debts for fraud or defalcation while acting in a fiduciary capacity,

most criminal fines and restitution obligations,

certain debts that are not listed in your bankruptcy papers,

certain debts for acts that caused death or personal injury, and

certain long-term secured debts.

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com　　　　　　　Best Case Bankruptcy

Case: 21-30146　Doc# 1　Filed: 02/23/21　Entered: 02/23/21 18:26:12　Page 37 of 44

### Warning: File Your Forms on Time

Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information about your creditors, assets, liabilities, income, expenses and general financial condition. The court may dismiss your bankruptcy case if you do not file this information within the deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.

For more information about the documents and their deadlines, go to:
http://www.uscourts.gov/forms/bankruptcy-forms

**Bankruptcy crimes have serious consequences**

If you knowingly and fraudulently conceal assets or make a false oath or statement under penalty of perjury—either orally or in writing—in connection with a bankruptcy case, you may be fined, imprisoned, or both.

All information you supply in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the U.S. Trustee, the Office of the U.S. Attorney, and other offices and employees of the U.S. Department of Justice.

**Make sure the court has your mailing address**

The bankruptcy court sends notices to the mailing address you list on *Voluntary Petition for Individuals Filing for Bankruptcy* (Official Form 101). To ensure that you receive information about your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address.

A married couple may file a bankruptcy case together—called a *joint case*. If you file a joint case and each spouse lists the same mailing address on the bankruptcy petition, the bankruptcy court generally will mail you and your spouse one copy of each notice, unless you file a statement with the court asking that each spouse receive separate copies.

**Understand which services you could receive from credit counseling agencies**

The law generally requires that you receive a credit counseling briefing from an approved credit counseling agency. 11 U.S.C. § 109(h). If you are filing a joint case, both spouses must receive the briefing. With limited exceptions, you must receive it within the 180 days *before* you file your bankruptcy petition. This briefing is usually conducted by telephone or on the Internet.

In addition, after filing a bankruptcy case, you generally must complete a financial management instructional course before you can receive a discharge. If you are filing a joint case, both spouses must complete the course.

You can obtain the list of agencies approved to provide both the briefing and the instructional course from: http://www.uscourts.gov/services-forms/bankruptcy/credit-counseling-and-debtor-education-courses.

In Alabama and North Carolina, go to: http://www.uscourts.gov/services-forms/bankruptcy/credit-counseling-and-debtor-education-courses.

If you do not have access to a computer, the clerk of the bankruptcy court may be able to help you obtain the list.

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                                                                      Best Case Bankruptcy

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

In re                                                                    Case No.

    **Esly Figueroa**

_____ Debtor(s).                     /

**CREDITOR MATRIX COVER SHEET**

      I declare that the attached Creditor Mailing Matrix, consisting of   **5**   sheets, contains the correct, complete and current names and addresses of all priority, secured and unsecured creditors listed in debtor's filing and that this matrix conforms with the Clerk's promulgated requirements.

DATED: **February 23, 2021**

                     **/s/ Brian A. Barboza**
_____
                     Signature of Debtor's Attorney or Pro Per Debtor

Alejandro Alvarez
289 Mountain View
San Rafael, CA 94901


American Express
Correspondence/Bankruptcy
Po Box 981540
El Paso, TX 79998


American Express
Box 0001
Los Angeles, CA 90096


AmeriCredit/GM Financial
Attn: Bankruptcy
Po Box 183853
Arlington, TX 76096


Asset Default Management, Inc.
7525 Topanga Canyon Blvd.
Canoga Park, CA 91303


California Department of Tax
And Fee Administration
PO Box 942879
Sacramento, CA 94279


Care Credit
PO Box 960061
Orlando, FL 32896


Care Credit / Synchrony Bank
PO Box 960061
Orlando, FL 32896

Corporation Service Company
801 Adlai Stevenson Drive
Springfield, IL 62703-4261


Corporation Service Company
PO Box 2576
Springfield, IL 62708


Corporation Service Company
801 Adlai Stevenson Drive
Springfield, IL 62703


Daniel F. Campbell
3495 Lakeside Drive #19
Reno, NV 89509


Devora Gonzales
5 Brookdale Avenue
San Rafael, CA 94901


Evolution Nightclub and Resturant LLC
842 4th Street
San Rafael, CA 94901


Francisco Eduardo Vilela
1512 Lincoln Avenue
San Rafael, CA 94901


Julissa Santizo
1558 Center Road
Novato, CA 94947

Legend Funding
360 Madison Avenue, 12th Floor
New York, NY 10017


Legend Funding
767 Third Avenue, 32nd Floor
New York, NY 10017


Mario Vilela
13617 Silverbow Avenue
Norwalk, CA 90650


Mario Vilela
1512 Lincoln Avenue
San Rafael, CA 94901


Mercedes-Benz Financial Services
Attn: Bankruptcy
Po Box 685
Roanoke, TX 76262


PAR Funding
20 N. 3rd Street
Philadelphia, PA 19106


Paula Jones
848 Fourth Street
San Rafael, CA 94901


PG&E
Box 997300
Sacramento, CA 95899

Porsche Crd
Attn: Bankruptcy
One Porsche Drive
Atlanta, GA 30354


Rena Satzo
289 Mountain View
San Rafael, CA 94901


Scott Reilly
846 Fourth Street
San Rafael, CA 94901


Shellpoint Mortgage Servicing
Attn: Bankruptcy
Po Box 10826
Greenville, SC 29603


Shellpoint Mortgage Servicing
PO Box 740039
Cincinnati, OH 45274


SOL at West Village
1580 Jade Street
Davis, CA 95616


SPG Advance LLC
1221 McDonald Avenue
Brooklyn, NY 11230


Superior Loan Servicing
7525 Topanga Canyon Blvd.
Canoga Park, CA 91303

```
U.S. Small Business Administration
PO Box 3918
Portland, OR 97208


U.S. Small Business Administration
14925 Kingsport Road
Fort Worth, TX 76155


U.S. Small Business Administration
1545 Hawkins BLVD, Suite 202
El Paso, TX 79925


Wells Fargo Bank NA
Attn: Wells Fargo Bankruptcy
435 Ford Road, Suite 300
Saint Lewis Park, MN 55426


Wells Wargo
Payment Remittance Center
PO Box 51174
Los Angeles, CA 90051
```