Brian A. Barboza, Esq. (SBN: 257423)
Law Offices of Brian A. Barboza
141 Stony Circle, Suite 221
Santa Rosa, CA 95401
Telephone: (707) 527-8553
Facsimile: (707) 543-1304

Attorney for ESLY FIGUEROA

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>ESLY FIGUEROA<br><br>Debtor in Possession. | Case No. 21-30146<br>Chapter 11<br><br>**STIPULATION BETWEEN DEBTOR, CREDITORS MARK SCHULMAN AND JORDAN SILLS, AND THE SUBCHAPTER V TRUSTEE AND REQUEST TO CONTINUE CONFIRMATION HEARING**<br><br>Confirmation Hearing Date:<br>Date: July 15, 2021<br>Time: 10:00 AM<br>Location: Zoom Video Hearing |

Debtor Esly Figueroa ("Debtor"), Creditors Mark Schulman and Jordan Sills ("Creditors"), and the Subchapter V Trustee Gina Klump ("Trustee"), have stipulated to Debtor filing an Amended Plan, the Continuation of the Confirmation Hearing (contingent upon court approval), and the reservation of the creditors and Trustee's rights to object to the chapter 11 plan and any amended plan more specifically set forth below:

# RECITALS

1. The Debtor owns and operates a day care business and also a Restaurant & Night Club (Evolution Night Club & Restaurant LLC). During most of 2020 the night club & restaurant business was shut down or operating at 25% capacity due to the COVID 19 Pandemic Restrictions.

2. In addition, Debtor owns the commercial building located at 840 and 842 4th Street, San Rafael, CA (the "Commercial Property") in which the Restaurant & Night Club operates. The Commercial Property also includes another commercial unit and a residential rental unit.

3. Creditors Mark Schulman Trustee of the Mark Schulman Revocable Living Trust dated 12/31/14, and Jordan Sills, Trustee of the Jordan R. Sills 2007 Revocable Trust, are beneficiaries under the First Deed of Trust recorded against the Commercial Property.

4. On February 23, 2021, the Debtor filed a Voluntary Petition for Relief under Chapter 11 of the United States Bankruptcy Code. More specifically the Debtor elected to file the case as a Sub Chapter V small business bankruptcy. Gina Klump was appointed as the Sub Chapter V Trustee.

5. Since the petition date, Debtor's counsel has advised that the Debtor's Restaurant and Night Club has been able to resume operations incrementally and as of June 15, 2021 the business has been allowed to operate close to full capacity.

6. On May 20, 2021, the Debtor timely filed her Chapter 11 Plan of Reorganization. The Plan included a separate class for the mortgage obligation owed to Creditors Mark Schulman and Jordan Sills and expressly provided for the modification of the mortgage to be amortized over 30 years at 5% interest but to be paid in full within 10 years. Mark Schulman and Jordan Sills do not consent to the modification of their rights under the note and deed of trust stated in the Plan.

7. The attorneys for the Debtor and Mark Schulman and Jordan Sills have discussed the treatment of the mortgage claim. The attorneys also elicited the assistance of the Subchapter V

Trustee Gina Klump to help move forward the dialogue and negotiations.

8. The parties need additional time to attempt to negotiate a consensual plan, if possible. Moreover, the treatment of the mortgage claim is a critical issue for purposes of confirmation.

9. In addition, feasibility of the plan is also a critical issue in the case.

10. The Parties agree that allowing the debtor to continue the confirmation hearing allowing the Debtor to continue operating the restaurant and nightclub for a few full months of being open at full capacity will be beneficial in determining the feasibility of a chapter 11 plan.

**AGREEMENT**

1. <u>Amended Plan</u>. The Debtor will file an Amended Plan. However, treatment of the mortgage claim held by Mark Schulman and Jordan Sills remains the subject of negotiation and no agreement as to the specific treatment of the claim has been reached.

2. <u>Continuation of Confirmation Hearing and Deadlines</u>. The parties agree, pending court approval, that the Confirmation Hearing set for July 15, 2021 should be continued to October 7, 2021 or as soon thereafter as may be available so the Debtor can operate the Evolution Night Club & Restaurant LLC which will greatly assist in the determination of Plan feasibility as well as allow Debtor time to file an Amended Plan based upon the performance of the Business. All related deadlines will be continued accordingly and the deadline to object to the amended plan should be September 27, 2021.

3. <u>Reservation of Right to Object to the Plan</u>. Creditors Mark Schulman and Jordan Sills, and Gina Klump, Trustee reserve the right to object to the currently filed Chapter 11 Plan and its terms or to any future amended plan on any applicable grounds.

4. <u>Cash Collateral</u>. This Stipulation does not affect the rights of Mark Schulman and Jordan Sills in the cash collateral generated by the Commercial Property, which must be addressed in a

LAW OFFICES OF BRIAN A. BARBOZA
141 Stony Circle, Suite 221
Santa Rosa, CA 95401

separate agreement.

5. <u>Profit and Loss Statements</u>.  Debtor will fill file Profit and Loss Statements regarding Evolution Nightclub and Restaurant LLC with the monthly operating reports.

6. <u>Counterparts</u>. This Stipulation may be executed in counterparts.

7. <u>Court Approval</u>. This Stipulation and the parties agreement thereto are conditioned upon approval of the Bankruptcy Court.

WHEREFORE, the Parties respectfully request the Court approve this Stipulation and order the Confirmation Hearing set for July 15, 2021 at 10:00 AM be continued to October 7, 2021 along with all related deadlines.

**IT IS SO AGREED**

Dated: June 30, 2021                          /S/ Brian A. Barboza
                                              Brian A. Barboza
                                              Attorney for Debtor Esly Figueroa

Dated: June 30, 2021                          /S/ Cheryl C. Rouse
                                              Cheryl C. Rouse
                                              Attorney for Creditors
                                              Mark Schulman and Jordan Sills

Dated: June 30, 2021                          /S/ Gina Klump
                                              Gina Klump
                                              Sub Chapter V Trustee