United States Bankruptcy Court for the Northern District of California



FILED
AUG 2 7 2021
UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

## WITHDRAWAL OF CLAIM

| Debtor Name and Case Number: | ESLY FIGUEROA 21-30146 |
|---|---|
| Creditor Name and Address: | MARIN COUNTY TAX COLLECTOR<br>PO BOX 4220<br>SAN RAFAEL CA 94913-4220 |
| Court Claim Number (if known): | |
| Date Claim Filed: | 03/23/2021 |
| Total Amount of Claim Filed: | $54,248.99 |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the Clerk of this Court, or their duly appointed Claims Agent, to reflect this withdrawal on the official claims register for the above-referenced Debtor.

Dated: 08/26/2021

Print Name: Steven Woo

Title (if applicable): Deputy Tax Collector

---

## DEFINITIONS

*Debtor*
The person, corporation, or other entity that has filed a bankruptcy case is called the debtor.

*Creditor*
A creditor is any person, corporation, or other entity to which the debtor owed a debt.

*Proof of Claim*
A form filed with the clerk of the bankruptcy court where the bankruptcy case was filed, to tell the bankruptcy court how much the debtor owed a creditor (the amount of the creditor's claim).

## ITEMS TO BE COMPLETED ON THIS WITHDRAWAL OF CLAIM

*Court, Name of Debtor and Case Number:*
Fill in the name of the federal judicial district where the bankruptcy case was filed (for example, Central District of California), the name of the debtor in the bankruptcy case, and the bankruptcy case number. If you received a notice of the case from the court, all of this information is near the top of the notice.

*Information about Creditor:*
Complete the section giving the name and address of the creditor that was listed on the previously filed Proof of Claim form.

*Information identifying the Claim that is to be withdrawn:*
Complete the section giving the court claim number, date claim was filed and total amount of claim filed to help identify the claim that is to be withdrawn.

Sign and print the name and title, if any, of the creditor or other person authorized to file this withdrawal of claim (attach copy of power of attorney, if any).

> This form must be filed with the clerk of the bankruptcy court where the bankruptcy case was filed or, if applicable, with their duly appointed Claims Agent as per any procedure approved by the court in the above-referenced bankruptcy proceeding.



TAX COLLECTOR
DEPARTMENT OF FINANCE
PO BOX 4220, CIVIC CENTER BRANCH
SAN RAFAEL, CA 94913-4220



First Class Mail
ComBasPrice

U.S. POSTAGE >> PITNEY BOWES

ZIP 94903 $ 000.51⁰
02 4W
0000361157 AUG 26 2021

US BANKRUPTCY COURT
SAN FRANCISCO DIVISION
450 GOLDEN GATE AVE, 18th Floor
MAIL BOX 36099
SAN FRANCISCO CA 94102

**SAVE TIME, PAY ONLINE**
www.marincounty.org/taxbillonline
1-800-985-7277

**MAIL EARLY-AVOID PENALTIES**
Payments must be USPS postmarked
on or before the delinquent date.

RECEIVED
AUG 27 2021
UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA