Brian A. Barboza, Esq. (SBN: 257423)
Law Offices of Brian A. Barboza
131-A Stony Circle, Suite 500
Santa Rosa, CA 95401
Telephone: (707) 527-8553
Facsimile: (707) 543-1304

Attorney for ESLY FIGUEROA

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>ESLY FIGUEROA<br><br>Debtor in Possession. | Case No. 21-30146<br>Chapter 11<br><br>**DECLARATION OF CPA FRANK MARIO CASTELLON IN SUPPORT OF OBJECTION TO ALLOWANCE OF CLAIM 4 FILED BY THE DEPARTMENT OF TREASURY – IRS** |

I, Frank Mario Castellon, state:

1.  I am a certified public accountant in the State of California. I have prepared and filed tax returns for Esly Figueroa for multiple years. I am familiar with Esly Figueroa's financial history including her personal income, rental income, and business income. I prepared and filed the 2020 U.S. Tax Returns with the taxing authority for Ms. Figueroa. The U.S. Tax Return for 2020 was filed electronically by my office on June 24, 2021. Attached to the Objection as Exhibit 2 is a printout I obtained from my computer showing the returns were electronically filed and accepted by the Internal Revenue Service. Also, attached to the objection as Exhibit 3 is a true and correct copy of the 2020 U.S. Tax Return I filed with the taxing authority on behalf of the Debtor.

2.  In order to prepare the 2020 U.S. Tax Return I procured financial information from the Debtor which included, but was not limited to, bank statements, profit and loss statements, W2,

1099s, and other financial records. The tax returns were completed based upon the financial records and information I received from Esly Figueroa. To the best of my knowledge and belief the information placed into the 2020 U.S. Tax Return was correct.

3. The 2020 U.S. Tax Return shows that there are no taxes due and owing to the Department of Treasury – Internal Revenue Service for the 2020 tax year. More specifically the 2020 U.S. Return shows no taxes owing for the 2020 tax year on the following basis: Debtor's business income was $192,322.00 (she also had W2 income of $3,470.00 and Interest income of $245), but after reducing her income $25,000.00 for allowable rental loss and Net Operating Loss ("NOL") deductions $17,045.00 (2014), $62,243.00 (2016), $53,795.00 (2019) her taxable income was reduced to $37,954.00. From there Debtor applied some standard deductions resulting in a total taxable income of $2,196.00. Debtor had a self-employment tax liability in 2020 in the amount of $21,796.00, but after crediting the payments made totaling $19,996.00 and a recovery rebate in the amount of $1,800.00 this resulted in no outstanding income taxes being owed for the 2020 tax year.

4. Attached hereto as Exhibit A is a summary / worksheet of the tax return I created which shows how income was calculated, as well as what deductions and losses were applied.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct, to the best of my knowledge and belief and that if called as a witness, I could and would testify competently and that this declaration is executed on September 28, 2021 at San Francisco, California.

                                        /S/ Frank Mario Castellon
                                        Frank Mario Castellon

# EXHIBIT A

**(2020 TAX RETURN WORKSHEET – BREAKDOWN)**

Name: Esly Figueroa
Taxable Year: 2020

| Income Source: | | Amount | | Reference |
|---|---|---|---|---|
| Wage from w-2 | | 3,470 | A | Form 1040 Line 1 |
| Interest Income | | 245 | B | Form 1040 Line 2 |
| Other Income: | | 34,239 | C | Form 1040 Line 8 (sum of a, b, c, and d) |
|   Business Income: | 192,322 | | | Sch. 1 Line 3 (sum of a & b) |
|     Childcare: | | | | |
|       Gross Income: | 359,546 | | | Childcare Sch. C Line 7 |
|       Total Expenses | 86,730 | | | Childcare Sch. C Line 28 |
|       Home Office Expenses: | 44,150 | | | |
|       Net Profit | 228,666 | a | | |
|     Evolution Nightclub and Restaurant LLC: | | | | |
|       Gross Income: | 31,948 | | | |
|       Total Expenses | 68,292 | | | |
|       Home Office Expenses: | | | | |
|       Net Profit | (36,344) | b | | |
|   Rental Income: | | (25,000) | | Sch. 1 Line 5 (c) |
|     Gross Rental Received: | 22,854 | | | Sch. E Line 23a |
|     Total Rental Expenses: | 117,094 | | | Sch. E Line 23e |
|     Disallowed Passive Loss: | (69,240) | | | Form 8582 Worksheet 5 |
|     Allowable Rental Loss | (25,000) | c | | |
|   Net Operation Loss ("NOL"): | | (133,083) | | Sch. 1 Line 8 (d) |
|     Loss from 2014 | (17,045) | | | Statement 1 |
|     Loss from 2016 | (62,243) | | | Statement 1 |
|     Loss from 2019 | (53,795) | | | Statement 1 |
|     Total NOL Used | (133,083) | d | | |
| Total Income | | 37,954 | D | Form 1040 Line 9 (D = A+ B + C) |
| Adjustments to Income: | | 16,259 | E | Form 1040 Line 10c (sum of e, f, and g) |
|   Deductible Self-employment Tax | 10,898 | e | | Sch.1 Line 14 (half of SE Tax from Form Sch. SE) |
|   Self-employed Health Insurance | 5,361 | f | | Sch.1 Line 16 |
|   Charitable Contribution | 300 | g | | Form 1040 Line 10b |
| Adjusted Gross Income (AGI) | | 21,395 | F | Form 1040 Line 11 (F = D-E) |
| Standard Deduction as Head of Household | | 18,650 | G | Form 1040 Line 12 |
| Qualified Business Income Deduction | | 549 | H | Form 1040 Line 13 |
| Taxable Income | | 2,196 | I | Form 1040 Line 15 (I=F-G-H) |
| Tax | | 219 | J | Form 1040 Line 16 (Refer to the table on the right) |
| Child Tax Credit or Credit for Other Dependent | | 219 | K | Form 1040 Line 19 |
| Other Taxes: | | | | |
|   Self-employment Tax | | 21,796 | L | Form 1040 Line 23 (Sch. 2 Line 10, Sch. SE) |
| Total Tax | | 21,796 | M | Form 1040 Line 24 (M=J-K+L) |
| Recovery Rebate Credit | | 1,800 | N | Form 1040 Line 23 (Federal Worksheet Page 6 and 7) |
| Payments: | | 19,996 | O | Form 1040 Line 31 (sum of h and i) |
|   Net Premium Tax Credit | 17,270 | h | | Sch. 3 Line 8 (Form 8962) |
|   Deferral to Certain Sch. H or SE Filers | 2,726 | i | | Sch. 3 Line 12 f (Federal Worksheet Page 7 and 8) |
| Amount Owed | | - | P | Form 1040 Line 37 ( P=M-N-O) |