Brian A. Barboza, Esq. (SBN: 257423)
Law Offices of Brian A. Barboza
131-A Stony Circle, Suite 500
Santa Rosa, CA 95401
Telephone: (707) 527-8553
Facsimile: (707) 543-1304

Attorney for ESLY FIGUEROA

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>ESLY FIGUEROA<br><br>Debtor in Possession. | Case No. 21-30146<br>Chapter 11<br><br>**DECLARATION OF DEBTOR ESLY FIGUEROA IN SUPPORT OF OBJECTION TO ALLOWANCE OF CLAIM 4 FILED BY THE DEPARTMENT OF TREASURY – IRS** |

I, Esly Figueroa, state:

1. I am the debtor herein. I filed a voluntary chapter 11 bankruptcy petition to reorganize my debts and obtain a fresh start.

2. For multiple years now I have retained the professional accounting services of Frank Marion Castellon for tax return preparation and filing. I authorized Mr. Castellon to e-file my 2020 U.S. Tax Return with the taxing authority. I am informed and based upon said information and belief state that my 2020 U.S. Tax Return was filed electronically with the taxing authority on or about June 24, 2021.

3. In order to prepare the 2020 U.S. tax returns I provided financial information to my CPA Frank Marion Castellon. This information and documentation included bank statements, profit and loss statements, W2, 1099s and other information. To the best of my knowledge and belief the

information I provided to Mr. Castellon CPA was accurate.

4. To the best of my information and belief the 2020 U.S. Tax Return shows that there are no taxes due and owing to the Department of Treasury – Internal Revenue Service for the 2020 tax year. More specifically I am informed and based upon that information and belief state that no taxes are due and owing for the 2020 tax year because my adjusted gross business income was $192,322.00 derived from my daycare business and my limited lability company Evolution Night club and Restaurant (I also had W2 income of $3,470.00 and Interest income of $245), but after reducing my income $25,000.00 for allowable rental loss and Net Operating Loss ("NOL") deductions $17,045.00 (2014), $62,243.00 (2016), $53,795.00 (2019) my taxable income was reduced to $37,954.00. From there my returns applied some standard deductions resulting in a total taxable income of $2,196.00. I have been informed that I had a self-employment tax liability in 2020 in the amount of $21,796.00, but after crediting the payments made totaling $19,996.00 and a recovery rebate in the amount of $1,800.00 this resulted in no outstanding income taxes being owed for the 2020 tax year. The information I provided to my accountant was accurate to the best of my knowledge and the deductions sets forth above I am basing upon the returns prepared by my accountant Mr. Castellon.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct, to the best of my knowledge and belief and that if called as a witness, I could and would testify competently and that this declaration is executed on September 28, 2021 at San Rafel, California.

/S/ Esly Figueroa
Esly Figueroa