UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

| IN RE: | CASE NO: 21-30146 |
|---|---|
| Esly Figueroa | **DECLARATION OF MAILING CERTIFICATE OF SERVICE** |
| | Chapter: 11 |

On 10/4/2021, I did cause a copy of the following documents, described below,

Notice of Opportunity for Hearing on Objection To Allowance of Claim 4 Filed by the Department of Treasury - IRS

Objection To Allowance of Claim 4 Filed by the Department of Treasury - IRS; Memorandum of Points and Authorities

Declaration of CPA Frank Mario Castellon in Support of Objection To Allowance of Claim 4 Filed by the Department of Treasury - IRS

Declaration of Debtor Esly Figueroa in Support of Objection To Allowance of Claim 4 Filed by the Department of Treasury - IRS

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 10/4/2021

/s/ Brian A. Barboza
Brian A. Barboza  257423

Law Office of Brian A. Barboza
131-A Stony Circle, Suite 500
Santa Rosa, CA  95401
707.527.8553

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE:<br><br>Esly Figueroa | CASE NO: 21-30146<br><br>**CERTIFICATE OF SERVICE**<br>**DECLARATION OF MAILING**<br><br>Chapter: 11 |

On 10/4/2021, a copy of the following documents, described below,

Notice of Opportunity for Hearing on Objection To Allowance of Claim 4 Filed by the Department of Treasury - IRS

Objection To Allowance of Claim 4 Filed by the Department of Treasury - IRS; Memorandum of Points and Authorities

Declaration of CPA Frank Mario Castellon in Support of Objection To Allowance of Claim 4 Filed by the Department of Treasury - IRS

Declaration of Debtor Esly Figueroa in Support of Objection To Allowance of Claim 4 Filed by the Department of Treasury - IRS

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 10/4/2021

Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Brian A. Barboza
Law Office of Brian A. Barboza
131-A Stony Circle, Suite 500
Santa Rosa, CA 95401

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

| FIRST CLASS | FIRST CLASS | FIRST CLASS |
|---|---|---|
| DIANA AGUILAR<br>INTERNAL REVENUE SERVICE - INSOLVENCY<br>GROUP 8<br>1301 CLAY STREET, M/S 1400S<br>OAKLAND CA 94612 | INTERNAL REVENUE SERVICE<br>PO BOX 7346<br>PHILADELPHIA PA 19101 | CIVIL PROCESS CLERK FOR THE OFFICE OF<br>THE US ATTORNEY<br>FEDERAL COURTHOUSE<br>450 GOLDEN GATE AVENUE 11TH FLOOR<br>SAN FRANCSICO CA 94102 |
| FIRST CLASS | FIRST CLASS | FIRST CLASS |
| ATTORNEY GENERAL OF THE UNITED STATES<br>US DEPARTMENT OF JUSTICE<br>950 PENNSYLVANIA AVENUE NW<br>WASHINGTON DC 20530 | GINA R KLUMP<br>30 5TH STREET SUITE 200<br>PETALUMA CA 94952 | OFFICE OF THE U.S. TRUSTEE SF<br>PHILLIP J BURTON FEDERAL BUILDING<br>450 GOLDEN GATE AVE 5TH FL 05-0153<br>SAN FRANCISCO CA 94102 |