

1    Brian A. Barboza, Esq. (SBN: 257423)      **Signed and Filed: November 5, 2021**
Law Offices of Brian A. Barboza
2    131-A Stony Circle, Suite 500
Santa Rosa, CA 95401
3    Telephone: (707) 527-8553
Facsimile: (707) 543-1304
4
Attorney for ESLY FIGUEROA
5

**HANNAH L. BLUMENSTIEL**
**U.S. Bankruptcy Judge**

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In re: | Case No. 21-30146 |
|      ESLY FIGUEROA | Chapter 11 |
| | **ORDER SUSTAINING OBJECTION TO ALLOWANCE OF CLAIM 4 FILED BY THE DEPARTMENT OF TREASURY – INTERNAL REVENUE SERVICE** |
| Debtor in Possession. | |

On October 4, 2021, the Debtor-in-Possession filed an Objection to the Allowance of Claim 4 filed by the Department of Treasury – Internal Revenue Service. The Department of Treasury - Internal Revenue Service was served with the objection and a notice of opportunity for hearing on 10/04/2021. As no timely opposition or request for hearing has been filed on behalf of the Department of Treasury – Internal Revenue Service, and based upon the moving papers and supporting declaration, and good cause appearing, therefore:

IT IS HEREBY ORDERED that the objection to claim 4 is sustained; and

IT IS FURTHER ORDERED that claim 4 filed by the Department of Treasury – Internal Revenue Service is disallowed in its entirety.

**\*\*End of Order\*\***

**LAW OFFICES OF BRIAN A. BARBOZA**
131-A Stony Circle, Suite 500
Santa Rosa, CA 95401

**Court Service List**

None

LAW OFFICES OF BRIAN A. BARBOZA
131-A Stony Circle, Suite 500
Santa Rosa, CA 95401

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Case No. 21-30146