Brian A. Barboza, Esq. (SBN: 257423)
Law Offices of Brian A. Barboza
131-A Stony Circle, Suite 500
Santa Rosa, CA 95401
Telephone: (707) 527-8553
Facsimile: (707) 543-1304

Attorney for ESLY FIGUEROA

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

In re:

ESLY FIGUEROA

Debtor in Possession.

Case No. 21-30146
Chapter 11

**EX PARTE APPLICATION FOR ORDER ON OBJECTION TO ALLOWANCE OF CLAIM 10 FILED BY CACH, LLC**

Esly Figueroa, Chapter 11 Debtor-in-Possession, hereby applies for entry of an order by default sustaining her objection to the allowance of claim 10 filed by CACH, LLC and for the issuance of an Order that claim 10 is disallowed in its entirety. In support of the application Brian A. Barboza, attorney for the Debtor-in-Possession shows the following:

1. On October 20, 2021, the Debtor-in-Possession Esly Figueroa filed an Objection to the Allowance of Claim 10 filed by CACH, LLC. [Docket No. 85]

2. On October 10, 2021, the undersigned counsel for the Debtor, had the Objection to the Proof of Claim and Notice of Opportunity for Hearing [Docket no. 86] served upon CACH, LLC by mailing copies via U.S. FIRST CLASS MAIL to David Lamb who was the individual who filed the Proof of Claim, Resurgent Capital Services at the address on the proof of claim designated for notices, Bryan Faliero Managing Member of CACH, LLC, as well as the subchapter V trustee Gina Klump. The Objection and Notice were sent to the addresses designated for notices on Proof of Claim 10. A true and correct copy of the Certificate of Service

Executed is attached hereto as Exhibit 1 and, by this reference, is incorporated herein.

3. Pursuant to Bankruptcy Local Rule 3007-1(C) and 9014-1, the deadline within which CACH, LLC was to have filed a response or request a hearing was 30 days which would have been 11/20/2021.

4. CACH, LLC has not filed a response or a request for a hearing. Therefore, the Debtor-in-Possession is entitled to request entry of CACH, LLC's default.

**ATTESTATION**

5. By his signature below, Debtor's Counsel, Brian A. Barboza, declares under penalty of perjury under the laws of the United States and of the State of California that the factual assertions set forth herein are true and correct, to the best of his information and knowledge.

WHEREFORE, the Debtor-in-Possession Esly Figueroa respectfully requests that the Clerk of the Court enter the default of CACH, LLC and the Court issues the requested order.

Respectfully Submitted,

Law Offices of Brian A Barboza

Dated: 11/22/2021  By:  /S/ Brian A. Barboza

Brian A Barboza, Esq.
Attorney for Debtor Esly Figueroa

# EXHIBIT 1

**(CERTIFICATE OF SERVICE)**

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA

| IN RE:        | CASE NO: 21-30146 |
|---------------|-------------------|
| Esly Figueroa | **DECLARATION OF MAILING CERTIFICATE OF SERVICE** |
|               | Chapter: 11 |

On 10/20/2021, I did cause a copy of the following documents, described below,

Notice of Opportunity for Hearing on Objection to Allowance of Claim 10 Filed by CACH, LLC

Objection to Allowance of Claim 10 Filed by CACH, LLC

Declaration of Debtor in Support of Objection to Allowance of Claim 10 Filed by CACH, LLC

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 10/20/2021

/s/ Brian A. Barboza
Brian A. Barboza  257423

Law Office of Brian A. Barboza
131-A Stony Circle, Suite 500
Santa Rosa, CA  95401
707 527 8553

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

IN RE:

Esly Figueroa

CASE NO: 21-30146

**CERTIFICATE OF SERVICE DECLARATION OF MAILING**

Chapter: 11

On 10/20/2021, a copy of the following documents, described below,

Notice of Opportunity for Hearing on Objection to Allowance of Claim 10 Filed by CACH, LLC

Objection to Allowance of Claim 10 Filed by CACH, LLC

Declaration of Debtor in Support of Objection to Allowance of Claim 10 Filed by CACH, LLC

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 10/20/2021

Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Brian A. Barboza
Law Office of Brian A. Barboza
131-A Stony Circle, Suite 500
Santa Rosa, CA  95401

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

| FIRST CLASS | FIRST CLASS | FIRST CLASS |
|---|---|---|
| RESURGENT CAPITAL SERVICES<br>PO BOX 10587<br>GREENVILLE SC 29603-0587 | DAVID LAMB (CLAIM PROCESSOR)<br>RESURGENT CAPITAL SERVICES<br>PO BOX 10587<br>GREENVILLE SC 29603-0587 | BRYAN FALIERO (MANAGING MEMBER)<br>CACH, LLC<br>55 BEATTIE PLACE, SUITE 110<br>GREENVILLE  SC 29601 |

| FIRST CLASS | FIRST CLASS |
|---|---|
| CACH, LLC<br>55 BEATTIE PLACE, SUITE 110<br>GREENVILLE  SC 29601 | GINA R KLUMP<br>30 5TH STREET, SUITE 200<br>PETALUMA CA 94952 |