STACEY A. MILLER, ESQ. SBN: 161628
**THARPE & HOWELL, LLP**
15250 Ventura Boulevard, Ninth Floor
Sherman Oaks, California 91403
(818) 205-9955; (818) 205-9944 fax
smiller@tharpe-howell.com

Attorneys for Creditor, PORSCHE FINANCIAL SERVICES, INC.

UNITED STATES BANKRUPTY COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>ESLY FIGUEROA dba ESLY'S DAYCARE,<br><br>Debtor(s). | Case No. 21-30146 HLB<br><br>Chapter 11<br><br>**NOTICE OF WITHDRAWAL OF CLAIM OF PORSCHE FINANCIAL SERVICES, INC.** |

TO THE COURT, DEBTOR, ALL CREDITORS AND COUNSEL:

Creditor, PORSCHE FINANCIAL SERVICES, INC. ("Porsche") hereby withdraws it Proof of Claim, listed as Claim No. 12 on the Claims Register filed on April 30, 2021.

Dated: January 18, 2022                          THARPE & HOWELL, LLP


By: /s/ Stacey A. Miller
STACEY A. MILLER
Attorneys for Creditor, Porsche
Financial Services, Inc.

Z:\32000-ZZZ\32052-Z\BK Pleadings\Notice of Withdrawal of Claim.docx