IN THE UNITED STATES BANKRUPTCY COURT FOR
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

In re

ESLY FIGUEROA

Debtors.

In Chapter 11 Proceeding
Case No. 21-30146

**REQUEST TO DISCONTINUE SERVICE OF NOTICES**

**PLEASE TAKE NOTICE** that Synchrony Bank c/o PRA Receivables Management, LLC hereby withdraws its Request for Special Notice filed on 2/24/2021 Docket Number 5.

Dated: This 9th day of July, 2023

By: /s/Valerie Smith

Valerie Smith
PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541
TEL: (877) 885-5919
FAX: (757) 351-3257

## Certificate of Service

I hereby certify that a copy of the foregoing was served electronically to the following parties:

BRIAN A BARBOZA
Attorney

GINA R KLUMP
Chapter 11 Trustee

Dated: This 9th day of July, 2023

By: /s/Valerie Smith

Valerie Smith
PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541
TEL: (877) 885-5919
FAX: (757) 351-3257